EXHIBIT 1

VALLEY LODGE CORP.,

Plaintiff,

v.

SOCIETY INSURANCE,

Defendant.

No.: 20-cv-2813

Honorable John J. Tharp, Jr
Magistrate Judge Jeffrey Cummings

## DECLARATION OF ERIK RICHARD DUBBERKE, MD, MSPH, FSHEA, FIDSA

I, Erik Richard Dubberke, under penalty of perjury, hereby state upon oath:

1.      My name is Erik Richard Dubberke. My office is located at 4523 Clayton Ave in Saint Louis, Missouri. I have personal knowledge of the facts stated in this declaration, and they are true and correct.

2.      My curriculum vitae is attached to this declaration as Exhibit A. The statements contained therein are true and correct.

3.      I am a medical doctor, board certified in internal medicine and infectious disease.

4.      My formal education is in biology (B.A.), medicine (M.D.) and public health (M.S.P.H.) with expertise in epidemiology. (See Ex. A).

5.      I am currently a Professor of Medicine in the Infectious Diseases Division of the Department of Medicine at the Washington University School of Medicine.

6.      I currently engage in direct care for patients with infectious disease and conduct research. I am also the hospital epidemiologist at Missouri Baptist Medical Center and an associate hospital epidemiologist at Barnes-Jewish Hospital. I am involved in decisions to prevent SARS-CoV-2 transmission in the healthcare setting to other patients and healthcare workers at both institutions. I am also involved in a project where we will be modeling different approaches to prevent COVID-19 to determine the impact they have on utilization of healthcare resources.

7.     I regularly share within my profession my clinical and epidemiological knowledge and expertise. In addition to my professorship and clinical work, I serve as editor for several professional journals and have authored several chapters, articles and papers. I am frequently invited to present on topics in infectious disease and epidemiology, and have done so at conferences, seminars and universities all over the world.

8.     My education, training and experience, more fully set forth in my C.V., form the foundation of my career and expertise in infectious disease and epidemiology.

9.     I am frequently consulted for my expertise in infectious disease and epidemiology. Occasionally, I am retained as an expert in medical-legal matters. I have been retained by the Plaintiff in this matter.

10.    I have, from time to time, testified in both state courts and federal court. I have never been barred or limited in my testimony. A copy of my prior testimony has been attached as Exhibit B.

11.    I have received from Plaintiff's counsel, and reviewed, all pleadings and exhibits filed to date in this matter.

12.    I have also consulted public health data, namely, CDC, WHO, Hopkins COVID site, COVID act now website; I regularly keep track of the St. Louis County and St. Louis City COVID data; and the COVID data at the hospitals where I am hospital epidemiologist.

13.    Additional materials I considered include:

   a.  Pastorino B, Touret F, Gilles M, de Lamballerie X, Charrel RN. Prolonged Infectivity of SARS-CoV-2 in Fomites. Emerg Infect Dis. 2020;26(9).

   b.  Van Doremalen N, Bushmaker T, Morris DH, Holbrook MG, Gamble A, Williamson BN, et al. Aerosol and surface stability of SARS-CoV-2 as compared with SARS-CoV-1. N Engl J Med. 2020;382:1564-7.

   c.  Taskforce for the COVID-19 Cruise Ship Outbreak, Yamagishi T. Environmental sampling for severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2) during a coronavirus disease (COVID-19) outbreak aboard a commercial cruise ship (pre-print). MedRxiv. 2020.

   d.  Guo Z-D, Wang Z-Y, Zhang S-F, Li X, Li L, Li C, et al. Aerosol and Surface Distribution of Severe Acute Respiratory Syndrome Coronavirus 2 in Hospital Wards, Wuhan, China, 2020. Emerg Infect Dis. 2020;26(7).

   e.  Santarpia JL, Rivera DN, Herrera V, Morwitzer MJ, Creager H, Santarpia GW, et al. Transmission potential of SARS-CoV-2 in viral shedding observed at the University of Nebraska Medical Center (pre-print). MedRxiv. 2020 doi: 10.1101/2020.03.23.20039446.

14. The purpose of my work in this matter was to review the clinical and epidemiological assertions made by Defendant in relation to the coronavirus and covid-19, and to provide clarification on the physical presence of SARS-CoV-2.

15. The scope of my work included a review of the validity and accuracy of Defendant's assertions about the features and characteristics of the coronavirus. In addition, I was asked to provide clarification on the characteristics of the coronavirus and its spread and presences in the community, particularly at the time of its onset in the metro Chicago region.

16. Severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2) is a betacoronavirus that is genetically related to several other zoonotic coronaviruses, including SARS-CoV-1, the etiological agent of SARS. SARS-CoV-2 causes coronavirus disease 2019 (COVID-19) in humans. SARS-CoV-2 has glycoprotein "spikes" that are able to bind to human angiotensin converting enzyme 2 (ACE-2) receptors, which is present on human respiratory epithelial cells. After binding to ACE-2, the virus is able to enter the cells and make copies of itself, which are then released. These released infectious viral particles are then expelled in respiratory secretions as respiratory droplets during coughing, sneezing, talking, and singing. These respiratory droplets can infect other people either directly, through direct contact with respiratory mucosal surfaces, or indirectly, by contaminating surfaces which are then touched by another person who subsequently touches her or his mouth, nose, or eyes.

17. The virus exists and is physically present in communal areas as indicated by elevated infection rates. Below is a photo of the virus on a surface, made possible with electron microscopy. The virus has been isolated in laboratory and research settings, and can be identified in those settings with several features and marked characteristics, namely, its spikes for which it is named.



Source: NIH

3

18.     SARS-CoV-2 is transmitted by respiratory droplets containing virus particles. Modes of human-to-human transmission for SARS-CoV-2 include contact, droplet, airborne, and fomites. It is less clear if it is transmitted by fecal-oral, bloodborne, or in utero mother-to-child.

19.     The virus is indirectly transmitted when a host touches a contaminated object or surface that is contaminated with the SAR-CoV-2 virus (i.e., fomite transmission). The virus can survive on hard and soft surfaces for a period of time ranging from a few hours to a few days. *See* Pastorino B, Touret F, Gilles M, de Lamballerie X, Charrel RN. Prolonged Infectivity of SARS-CoV-2 in Fomites. Emerg Infect Dis. 2020;26(9); Van Doremalen N, Bushmaker T, Morris DH, Holbrook MG, Gamble A, Williamson BN, et al. Aerosol and surface stability of SARS-CoV-2 as compared with SARS-CoV-1. N Engl J Med. 2020;382:1564-7.

20.     Short-range aerosol transmission, particularly in crowded and inadequately ventilated spaces over a prolonged period of time with infected persons, is believed to be a common mode of transmission in crowded settings. However, infection clusters suggest that droplet and fomite transmission also explain transmission amongst humans. (See Taskforce for the COVID-19 Cruise Ship Outbreak, Yamagishi T. Environmental sampling for severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2) during a coronavirus disease (COVID-19) outbreak aboard a commercial cruise ship (pre-print). *See* MedRxiv. 2020; Guo Z-D, Wang Z-Y, Zhang S-F, Li X, Li L, Li C, et al. Aerosol and Surface Distribution of Severe Acute Respiratory Syndrome Coronavirus 2 in Hospital Wards, Wuhan, China, 2020. Emerg Infect Dis. 2020;26(7); Santarpia JL, Rivera DN, Herrera V, Morwitzer MJ, Creager H, Santarpia GW, et al. Transmission potential of SARS-CoV-2 in viral shedding observed at the University of Nebraska Medical Center (pre-print). MedRxiv. 2020 doi: 10.1101/2020.03.23.20039446.)

21.     The coronavirus guidance from the CDC has been the subject of rigorous challenge and discussion in the medical community, particularly amongst infectious disease specialists. CDC guidance or commentary is not universally accepted as the gold standard of infection control. Importantly, the CDC throughout its website places qualifiers and limitations on its suggestions, frequently deferring to local and state government guidance, including in supplying guidance to restaurants. (see https://www.cdc.gov/coronavirus/2019-ncov/community/organizations/business-employers/bars-restaurants.html, accessed Aug. 8, 2020). CDC guidance and commentary is one government source of information the public may consult.

22.     Citing a CDC publication, *Guidance For Cleaning And Disinfecting Public Spaces, Workplaces, Businesses, Schools, And Homes,* Defendant contends that "the virus that causes COVID-19 can be removed from surfaces using soap and water." (See Dkt. 18, para. 2). Defendant also states that "the virus that causes COVID-19 can be destroyed on surfaces using a number of ordinary household disinfectants, including bleach." (See Dkt. 18, para. 3).

23.     While it is true that soap and water can reduce the risk of transmission, and also true that certain disinfectants when properly applied to the virus can destroy the virus, the virus and the

disinfectants cited have features that do not allow these two efforts to consistently and reliably eradicate the virus in a public space.

24.     Nonetheless, the virus, while imperceptible to the human eye without enhancement, is undeniably present on objects and surfaces where infected humans congregate. The object and surface are, essentially, rendered useless, in that they should not be handled while virus is present.

25.     The virus cannot be observed by the human eye without enhancement. No one can see the virus on one's hands or on a surface. This, of course, makes it difficult to eliminate the virus, or eradicate its transmission, with soap and water or even the use of a proper bleach solution. The presence of the virus is only observed through the infection rate. The infection rate in the Chicago metro region has been well documented from March through the present, with particular intensity in March, April and May.

26.     In a public setting, such as a restaurant, merely applying bleach to hard surfaces, as Defendant suggests, may reduce but does not altogether eliminate the risk of transmission amongst restaurant staff and patrons. In other words, disinfection may temporarily eliminate a virus that was present prior to disinfection; however, a surface may immediately become contaminated thereafter if an infected person is present in the area. Further, the challenges of keeping a restaurant free from virus contamination extend beyond disinfection because people will necessarily need to remove their masks when eating and drinking, and thus, infected people will continuously emit infectious viral particles to others. This fact was demonstrated in Guangzhou, China, in early 2020, when the transmission of the coronavirus was observed amongst restaurant patrons. (See Lu J, Gu J, Li K, et al. *COVID-19 Outbreak Associated with Air Conditioning in Restaurant*, Guangzhou, China, 2020. Emerging Infectious Diseases. 2020; 26(7):1628-1631. doi:10.3201/eid2607.200764.). In that study, it was determined that the air flow of the restaurant's HVAC system contributed to the spread of the virus.

27.     Moreover, the reliability of bleach is challenged by the fact that it is easily inactivated by organic material; requires time ranging from 10 minutes to 60 minutes to disinfect against the virus; and, is rendered useless if not mixed in the correct ratio. (See *Infection Prevention and Control of Epidemic- and Pandemic-Prone Acute Respiratory Infections in Health Care*. Geneva: World Health Organization; 2014. Annex G, Use of disinfectants: alcohol and bleach.).

28.     An object or surface should not be used during the disinfection process. The presence of the virus, whether circulating or stagnant, has changed the object, surface or premises, in that it has become dangerous to handle and cannot be used. Its use can only be restored with remedial action, as suggested by the CDC and other infectious disease experts. Either a prolonged passage of time, or a precise cleaning and disinfection plan, must be applied to the surface or premises to restore its safe use.

29.     Irrespective of whether the virus can be eliminated or its quantity reduced by adequate handwashing or properly applied disinfectants, it must be noted that the virus, observable only

through microscopy and reflected by the public transmission rates, does physically exist and will survive on hard and soft surfaces, especially "high-touch" surfaces. The virus can remain viable and infectious in aerosols for hours and on surfaces up to days. (See Aerosol and Surface Stability of SARS-CoV-2 as Compared with SARS-CoV-1, N Engl J Med 382; 16 nejm.org, April 16, 2020). The virus may spread to hands from a contaminated surface and then to the nose or mouth, causing infection. Notably, disinfection of a contaminated surface is temporary and will easily become contaminated when the virus is reintroduced to the surface, and this contaminated surface will provide a constant modality for indirect infection to people.

30.    The virus' presence in a community, evidenced by infection rates, makes it more probably true than not, that live virus has been transferred to objects and surfaces. When an object or surface contains live virus, the virus is physically present on surfaces and objects, but imperceptible to the human eye. Nevertheless, the objects and surfaces should not be used. The transmission of the virus can occur through touching surfaces or objects contaminated with virus from an infected person (e.g. flatware, table, chair, door handle, menu, cash register, toilet, faucet), mostly when followed by touching the mouth, nose, or eyes.

31.    Transmission of COVID-19 may occur when a susceptible person has contact with live virus present on an object or surface, and the person then introduces the virus to its system, usually by touching one's nose or mouth. With fomite transmission, the virus is physically present on a surface or object and the object or surface require a remedial response.

32.    Fomite transmission is one basis for social distancing, hand-washing, stay-at-home orders, home-shelter orders, distance learning, reduced capacity and/or occupancy limits, and other measures implemented in various executive orders, including the order entered in the State of Illinois. The virus is physically present in the community, including on objects and surfaces. Fomite transmission is real, and due to constant recontamination of surface areas, it is simply impossible to entirely eradicate the virus from such surfaces.

33.    Reducing capacity in public settings is one way to reduce the presence of virus on objects and surfaces and, therefore, reduce the risk of transmission, especially during times of rising infection rates, such as what the Chicago metro area experienced in the Spring. Wearing masks reduces, but does not eliminate, the likelihood of virus being transferred to objects and hard surfaces. However, in a restaurant setting, where masks cannot be worn while eating and drinking, the likelihood of virus being transferred to objects and surfaces is increased. This is true even if patrons and staff are asymptomatic.

34.    Even with cleaning and disinfecting, the presence of virus on objects and surfaces, though reduced, cannot be reliably eliminated because these surfaces will continue to become contaminated as people spread the virus throughout their dining experience (i.e., drinking and eating without a mask and touching nose or mouth and contacting surface areas). The only way to ensure the absence of virus on objects and surfaces is to prevent access to an environment, especially an indoor environment with full capacity.

35.     There is presently no ability for a lay person to determine that the virus has been entirely eliminated from objects and surfaces in an environment populated by people. At the relevant time, the most reputable method of reducing transmission and infection rates (which was the purpose of the executive order) was to reduce the opportunities for the virus to be circulated in public environments. This included reducing opportunities for person-to-person transmission, as well as reducing opportunities for the virus to be transferred to objects and surfaces, i.e., fomite transmission opportunities.

36.     Any opinion I offer in this matter is offered to a reasonable degree of medical and epidemiological certainty.


        Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_10 Aug 2020_

**Erik Richard Dubberke,**
**MD, MSPH, FSHEA, FIDSA**

EXHIBIT A



CURRICULUM VITAE

**Erik Richard Dubberke, MD, MSPH, FSHEA, FIDSA**

**DATE:** December 26, 2018

**PERSONAL INFORMATION**
Date of Birth: February 10, 1973
Place of Birth: Chicago, IL

**CITIZENSHIP**  U.S.A

**ADDRESS**  Office:  4523 Clayton Ave. Box 8051
Saint Louis, MO 63110
(314) 454-8296 (work)
(314) 483-7099 (pager)
(314) 454-5392 (fax)
edubberk@wustl.edu

Home:  1419 Lindgate Dr.
St. Louis, MO 63122

**PRESENT POSITION**  Professor of Medicine
Infectious Diseases Division
Department of Medicine
Washington University School of Medicine

**EDUCATION**
1991-1995  B.A.  Augustana College, Rock Island, IL: Major-biology, Minor-biochemistry
1995-1999  M.D.  University of Illinois at Chicago College of Medicine, Rockford Campus, Rockford, IL: Medicine
2003-2008  M.S.P.H  St. Louis University School of Public Health, St. Louis, MO: Epidemiology

**POSTGRADUATE TRAINING**
1999-2000  Medicine Internship
Washington University School of Medicine, Barnes-Jewish Hospital, St. Louis, MO
2000-2002  Medicine Residency
Washington University School of Medicine, Barnes-Jewish Hospital, St. Louis, MO
2002-2005  Infectious Diseases Fellowship
Washington University School of Medicine, Barnes-Jewish Hospital, St. Louis, MO

**ADDITIONAL TRAINING**
Fall 2003  Designing Outcomes and Clinical Research Course
Department of Internal Medicine
Washington University School of Medicine
Spring 2004  Strategies for Successful Grant Proposals
Academic Publishing Department
Washington University School of Medicine
Spring 2005  SHEA/CDC Hospital Epidemiology Training Course

| Summer 2006 | Studied in laboratory of Dr. Dale Gerding, Professor of Medicine, Loyola University School of Medicine, Associate Chief of Staff, Hines VA Hospital, learning *C. difficile* culturing and typing techniques |
| 2005-2007 | K30 Mentored Training Program in Clinical Research: mentor: Bradley Evanoff, MD |

## ACADEMIC POSITIONS:

| 2005-2007 | Instructor, Department of Medicine, Washington University School of Medicine |
| 2007-2013 | Assistant Professor, Department of Medicine, Washington University School of Medicine |
| 2013-2018 | Associate Professor, Department of Medicine, Washington University School of Medicine |
| 2018 | Professor, Department of Medicine, Washington University School of Medicine |

## UNIVERSITY APPOINTMENTS AND COMMITTEES

| 2001-Present | Member, Infection Control Committee, Barnes-Jewish Hospital |
| 2003-2005 | Infectious Diseases Fellowship Program Evaluation Committee, Washington University School of Medicine |
| 2004-Present | Member, Antibiotic Utilization Review Subcommittee, Barnes-Jewish Hospital |
| 2005-Present | Research Associate Member in the Translational and Clinical Research Program, Siteman Cancer Center |
| 2007-Present | Intern Selection Committee, Department of Medicine, Washington University School of Medicine |
| 2007-Present | Member, Washington University Institute for Clinical and Translational Sciences |
| 2009-Present | Full Member, Washington University Digestive Diseases Research Core Center |
| 2011-Present | Transplant Steering Committee, Barnes-Jewish Hospital |

## MEDICAL LICENSURE AND CERTIFICATION

| 2000 | National Board of Medical Examiners [steps 1, 2 and 3 passed] |
| 2001-present | State of Missouri Medical License |
| 2002, 2012 | Board Certified, American Board of Internal Medicine, Internal Medicine [recertification in 2022] |
| 2004, 2014 | Board Certified, American Board of Internal Medicine, Infectious Diseases [recertification in 2024] |

## HONORS AND AWARDS
### Undergraduate:

| 1992 | Aristiae Freshman Honor Society |
| 1992-1995 | Dean's List |
| 1991-1995 | Presidential Scholarship |
| 1995 | Phi Beta Kappa |
| 1995 | *Summa cum laude* |

### Graduate School:

| 2008 | Golden Key National Honor Society |
| 2008 | Alumni Association Academic Achievement Award |

### Medical School:

| 1996 | American Society of Clinical Pathologists' Award for Academic Excellence and Achievement |
| 1998-1999 | Illinois General Assembly Scholarship |
| 1998 | Alpha Omega Alpha |

| | |
|---|---|
| 1999 | Outstanding Performance on Surgery Award |
| 1999 | James Scholar Award for Outstanding Research Project |
| 1999 | Dr. Charles Williamson Award for Excellence in Medicine |
| 1999 | Graduated with Honors (awarded to top two graduates) |

**Residency:**

| | |
|---|---|
| 1999 | Barnes-Jewish Hospital Caring Spirit Award |

**Fellowship:**

| | |
|---|---|
| 2004-2006 | Loan Repayment Program, National Institutes of Health |
| 2004 | Travel Grant Award, Infectious Diseases Society of America |
| 2005 | Trainee Award, Society for Healthcare Epidemiology of America |
| 2005 | Travel Grant Award, Infectious Diseases Society of America |

**Faculty:**

| | |
|---|---|
| 2007-2008 | Loan Repayment Program, National Institutes of Health |
| 2008-2009 | Loan Repayment Program, National Institutes of Health |
| 2009-2011 | Loan Repayment Program, National Institutes of Health |
| 2009 | *Clinical Infectious Diseases* Award for Outstanding Review |
| 2012 | Rochester General Hospital Association Teaching Fellowship |
| 2013 | Fellow, Society for Healthcare Epidemiology of America |
| 2015 | Fellow, Infectious Diseases Society of America |
| 2015-Present | Best Doctors in America |
| 2015-Present | Highly Cited Researcher, Web of Science, Clarivate Analytics |
| 2016 | Society for Healthcare Epidemiology of America Mid-Career Scholar Award |

**EDITORIAL RESPONSIBILITIES**

**Ad hoc**

Advances in Hematology (2010)
American College of Physicians Physician's Information and Education
    Resource (PIER) (2007-2009)
American Family Physician (2012)
American Journal of Infection Control (2005, 2012-2015)
American Journal of Transplantation (2007-2010)
American Society of Hematology Education Program Book (2004)
Anaerobe (2013, 2018)
Annals of Internal Medicine (2011-2012)
Bone Marrow Transplantation (2009)
Clinical Gastroenterology and Hepatology (2011)
Clinical Infectious Diseases (2007-2018)
Clinical Microbiology and Infection (2009)
Emerging Infectious Diseases (2011)
European Journal of Clinical Microbiology and Infectious Diseases (2012)
Expert Review of Anti-Infective Therapy (2013)
Infection Control and Hospital Epidemiology (2007-2018)
Intensive Care Medicine (2007)
JAMA Internal Medicine (2015)
Journal of the American Medical Association (2008-2017)
Journal of Clinical Microbiology (2008-2014)
Journal of Infectious Diseases (2012)
Lancet ID (2013-2016)
Leukemia and Lymphoma (2008)
Mayo Clinic Proceedings (2014)

New England Journal of Medicine (2012-2016)
Pharmacotherapy (2007)
Pharmacy and Therapeutics (2006)
Transplant Infectious Disease (2010-2012)
Vaccine (2015)

**Editorial Board**
Infection Control and Hospital Epidemiology (2011-2018)

**Peer Reviewer**
UpToDate, *C. difficile* infection (2018-present)

# NATIONAL and INTERNATIONAL SCIENTIFIC PANELS

| | |
|---|---|
| 2010 | Department of Veterans Affairs, Cooperative Studies Program, peer reviewer |
| 2011 | Study section ZRG1 PSE B (90)A, SRO Fungai Chanetsa, PhD, peer reviewer |
| 2012 | Health Protection Agency, United Kingdom, SRDF 2011/12 – SRDF 027, peer reviewer |
| 2012-2014 | Chimerix, protocol CMX001-350, central adjudication committee member |
| 2014 | Pfizer, Advancing Science through Pfizer-Investigator Research Exchange (ASPIRE), peer reviewer |
| 2016 | University of Western Australia, Doctor of Philosophy candidate Deirdre Anne Collins, Examiner |
| 2015-Present | Department of Veterans Affairs, Cooperative Studies Program, Optimal Treatment for Recurrent *Clostridium difficile* Infection, CSP #596, Data Monitoring Committee member |
| 2017-Present | American Gastroenterology Association, FMT National Registry, Observational Study Monitoring Board member |
| 2018-Present | Combatting Bacterial Resistance in Europe - Clostridium Difficile Infections (COMBACTE-CDI), Scientific Advisory Board |
| 2018-2019 | 11th International Conference on the Molecular Biology and Pathogenesis of the *Clostridia* (ClostPath 11), International Scientific Committee member |
| 2018 | Medical College of Wisconsin Advancing a Healthier Wisconsin Endowment, peer reviewer |
| 2018-2019 | C. diff Foundation, 7th Annual International C. diff Conference and Health Expo, co-chair |

# PROFESSIONAL SOCIETIES AND ORGANIZATIONS

| | |
|---|---|
| 2002-Present | Member, Infectious Diseases Society of America (IDSA) |

- 2012-Present: Clinical Practice Guidelines for *Clostridium difficile* Infection Update Committee
- 2015: Fellow, IDSA

| | |
|---|---|
| 2004-Present | Member, Comprehensive Cancer Centers Infection Control Group |
| 2005-Present | Member, Society for Healthcare Epidemiology of America (SHEA) |

- 2007, 2013: SHEA Hospital Acquired Infection Compendium Taskforce
- 2007-2011: Annual Meeting Planning Committee
- 2007: Annual Meeting, Moderator, *Clostridium difficile* oral abstracts
- 2008-2009; 2010-2011: Chair, Annual Meeting Awards Committee
- 2009: SHEA representative, Key Informant, AHRQ Minnesota Evidence-based Practice Center, *C. difficile* review
- 2010 Decennial Meeting, Moderator, *C. difficile* oral abstracts
- 2011-2014: SHEA Awards Committee, Chair
- 2011-2013: SHEA Education Committee

- 2012: ID Week planning committee, abstract reviewer, and moderator
- 2013: ID Week moderator
- 2013: SHEA Member Spotlight, November 2013
- 2013: Fellow of SHEA
- 2014: ID Week moderator
- 2014: ID Week abstract reviewer
- 2014: ID Week poster rounds group leader: *Clostridium difficile*, Healthcare Environment
- 2014-2016: Chair, SHEA Journal Club
- 2015: ID Week abstract reviewer
- 2015: ID Week poster rounds group leader: *Clostridium difficile*
- 2017: SHEA representative at the XVIII Congress of the Asociacion Panamericana de Infectologia
- 2019: Co-Chair, Prevention CHKC CME course

2005-Present      Member, American Society of Transplantation
- 2009 Senior author, Infectious Diseases Guidelines 2nd edition, *Clostridium difficile*
- 2009 Annual Meeting Abstract Reviewer
- 2010 Annual Meeting Abstract Reviewer
- 2012 Senior author, Infectious Diseases Guidelines 3rd edition, *Clostridium difficile*

2006-Present      Member, Site-PI, Mycosis Study Group
2013-Present      Member, European Society for Clinical Microbiology and Infectious Diseases
- 2015: ECCMID abstract reviewer
- 2016: ECCMID abstract reviewer
- 2017: ECCMID abstract reviewer
- 2018: ECCMID abstract reviewer
- 2018-Present: *C. difficile* study group member

2014-Present      International *Clostridium difficile* Symposium Planning Committee

## INVITED PROFESSORSHIPS AND LECTURESHIPS

| | |
|---|---|
| June 2005 | Infectious Diseases: Common Problems, Practical Answers, St. Louis, MO – Recurrent *C. difficile*-associated Disease |
| Sept 2005 | Missouri Baptist Medical Center, Medicine Grand Rounds, St. Louis, MO – *C. difficile*-associated Disease: The Best Treatment is Prevention |
| Nov 2005 | What's New, What's Hot, and What's Back in Infections Diseases, St. Louis, MO – Infective Endocarditis |
| Nov 2005 | Galaxy of Gastroenterology IV, St. Louis, MO – Treatment of *C. difficile*-associated disease |
| Jan 2006 | Cape Girardeau Medical Society 9th Annual Infectious Diseases Update - *C. difficile*-associated disease: the Good, the Bad, and the Messy |
| Feb 2006 | St. Louis Regional Association for Professionals in Infection Control (APIC) Conference – Prevention of *C. difficile*-Associated Disease |
| Mar 2006 | Gastroenterology Symposium, St. Mary's Medical Center, Evansville, IN – Infections of the Gastrointestinal Tract |
| Apr 2006 | Boone County Medical Center, Columbia MO – *Clostridium difficile* Colitis |
| Sept 2006 | Medicine Grand Rounds, St. Luke's Medical Center, Chesterfield, MO – Difficulties with *Clostridium difficile* |
| Oct 2006 | Critical Care Grand Rounds, St. John's Medical Center, Creve Coeur, MO – Trends, Diagnosis, and Treatment of *Clostridium difficile* |
| Oct 2006 | Medical Staff Symposium, Monongahela Valley Hospital, Monongahela, PA – *Clostridium difficile* Colitis |

| | |
|---|---|
| Nov 2006 | Central Illinois Regional Association for Professionals in Infection Control (APIC) conference, Bloomington, IL – Preventing *Clostridium difficile* |
| Nov 2006 | Medicine Grand Rounds, Deaconess Hospital, Evansville, IN - Reexamining Treatment Practices for Complicated *C. difficile*-Associated Disease |
| Feb 2007 | Infectious Diseases Update, Boone County Hospital, Columbia, MO-*Clostridium difficile* Colitis Review |
| Apr 2007 | American College of Physicians Annual Meeting, Satellite Symposium, San Diego, CA – The Changing Epidemiology of *Clostridium difficile* and Identification of Toxin Variant Strains |
| Sept 2007 | Critical Care Grand Rounds, St. John's Medical Center, Creve Coeur, MO – UPDATE: Trends, Diagnosis, and Treatment of *Clostridium difficile* |
| Sept 2007 | Central Ohio Regional Association for Professionals in Infection Control (APIC) conference, Blacklick, OH - Reexamining Treatment Practices for Complicated *C. difficile*-Associated Disease |
| Sept 2007 | Interscience Conference on Antimicrobial Agents and Chemotherapy (ICAAC), 47th Annual meeting, Chicago, IL – Varicella Zoster Virus on a Bone Marrow Transplant Unit |
| March 2008 | Medicine Grand Rounds, Barnes-Jewish Hospital, Washington University School of Medicine, St. Louis, MO – *Clostridium difficile* Infections: The Best Treatment is Prevention |
| April 2008 | Society for Healthcare Epidemiology of America Annual Meeting, Orlando, FL – Meet the Consultant: *Clostridium difficile* Infection |
| April 2008 | Medicine Grand Rounds, University of South Dakota, Sanford School of Medicine, Sioux Falls, SD – Difficulties with *Clostridium difficile* |
| May 2008 | Association for Professionals in Infection Control (APIC) Webinar Series – *Clostridium difficile*: Tracking Transmission |
| June 2008 | Association for Professionals in Infection Control (APIC) Annual Meeting, Satellite Symposium, Denver, CO – *Clostridium difficile* Infection: Surveillance and Diagnosis |
| Nov 2008 | *Clostridium difficile*: A Call to Action, Special Conference, Association for Professionals in Infection Control (APIC), Orlando, FL – The Clinical and Financial Impact of *Clostridium difficile* in Healthcare Facilites |
| March 2009 | Society for Healthcare Epidemiology of America Annual Meeting, San Diego, CA – Meet the Consultant: *Clostridium difficile* Infection |
| March 2009 | Society for Healthcare Epidemiology of America Annual Meeting, San Diego, CA, *C. difficile* and the Role of the Environment Symposium – Implementing Effective CDI Prevention Programs |
| April 2009 | Annual Meeting of Clinical Pharmacists, Satellite Symposium, Orlando, FL – Changing Epidemiology and Economic Burden of *Clostridium difficile* |
| April 2009 | Springfield Area Regional Association for Professionals in Infection Control (APIC) conference, Springfield, MO – Prevention of *Clostridium difficile* Infection |
| November 2009 | GASTRO 2009, 1st Annual Joint Meeting of the  United European Gastroenterology Federation (UEGF), World Gastroenterology Organisation (WGO), World Organisation of Digestive Endoscopy (OMED) and British Society of Gastroenterology (BSG), London, England – *Clostridium difficile*: The Most Rapidly Rising Pathogen? |
| March 2010 | 5th Decennial International Conference on Healthcare-Associated Infection, Joint Meeting of the Society for Healthcare Epidemiology of America, Centers for Disease Control and Prevention, Association for Professionals in Infection Control, and the Infectious Diseases Society of America, Atlanta, GA - Prevention of Healthcare-Associated C. difficile: What Works? |
| March 2010 | 5th Decennial International Conference on Healthcare-Associated Infection, Joint Meeting of the Society for Healthcare Epidemiology of America, Centers for Disease Control and Prevention, Association for Professionals in Infection |

| | |
|---|---|
| | Control, and the Infectious Diseases Society of America, Atlanta, GA – Infection Control for Immunocompromised Patients |
| July 2010 | International Conference on Emerging Infectious Diseases, Atlanta, GA - Emerging bacterial infections and transplantation, including Clostridium difficile |
| October 2010 | Colorado Infection Prevention Collaborative, Denver, CO – *Clostridium difficile* Infection: Preventing the Most Common Healthcare-Associated Infection |
| October 2010 | Infectious Diseases Society of America Annual Meeting, Vancouver, BC - . *C. difficile*: What's New with Prevention and Treatment |
| November 2010 | Illinois *Clostridium difficile* Infection Quality Improvement Kick-Off Meeting, Collinsville, IL – Diagnosing and Preventing *Clostridium difficile* Infection |
| March 2011 | Beef Industry Safety Summit, Dallas, TX – You are What You Eat: *Clostridium difficile* and You |
| April 2011 | Society for Healthcare Epidemiology of America Annual Meeting, Dallas, TX – What's in a Name? Does Which We Call *Clostridium difficile* Infection by any other name Smell as Sweet? |
| May 2011 | American Society of Microbiology Annual Meeting, New Orleans, LA – Update on C. difficile Epidemiology and Pathogenesis: Implications for the Healthcare Setting |
| July 2011 | Society for Healthcare Epidemiology of America, 15th Annual Fellows Course in Hospital Epidemiology, Baltimore, MD – Gastrointestinal Diseases including *C. difficile* and Norovirus |
| August 2011 | Society for Healthcare Epidemiology of America, Healthcare Associated Infection Regional Training, Region 5, Chicago, IL – Preventing *Clostridium difficile* Infection |
| September 2011 | Interscience Conference on Antimicrobial Agents and Chemotherapy, Chicago, IL – *Clostridium difficile* in the Community |
| September 2011 | Medicine Grand Rounds, Barnes-Jewish Hospital, Washington University School of Medicine, St. Louis, MO – *Clostridium difficile* in the 21st Century |
| May 2012 | Rochester General Hospital Association Teaching Fellowship, Rochester, NY – Advances in *Clostridium difficile* Infection |
| May 2012 | St. Louis chapter of Society for Hospital Medicine, St. Louis, MO – *Clostridium difficile* Infection Update |
| July 2012 | The 9th National Seminar on Infection Control, Rayong, Thailand – Infection Control Emergencies In Transplant Recipients |
| July 2012 | The 9th National Seminar on Infection Control, Rayong, Thailand – *Clostridium difficile* Microbiology |
| July 2012 | The 9th National Seminar on Infection Control, Rayong, Thailand – *Clostridium difficile* Epidemiology and Prevention |
| July 2012 | The 9th National Seminar on Infection Control, Rayong, Thailand – Infection Control in Transplant Recipients |
| August 2012 | Infectious Diseases Society of St. Louis, St. Louis, MO – Challenges of *Clostridium difficile* Infection |
| November 2012 | 12th Annual Infectious Diseases Conference, Washington University School of Medicine, St. Louis, MO – Evidence Based Management of Invasive Fungal Infections |
| November 2012 | *Clostridium difficile* Expert Meeting, Tokyo, Japan – *Clostridium difficile* Epidemiology in the United States |
| November 2012 | *Clostridium difficile* Infectious Diseases Study Group, Kyoto, Japan, - *Clostridium difficile* Infection Surveillance in the United States and Impact of Testing |
| March 2013 | Association for Professionals in Infection Control an Epidemiology (APIC) *Clostridium difficile* Educational and Consensus Conference, Baltimore, MD – Current Research and Limitations Related to *Clostridium difficile* |
| April 2013 | Health Care Excel QIO, Kentucky Improve Individual Patient Care AIM, Louisville, KY – Prevention of *Clostridium difficile* Infection |

| April 2013 | Health Care Excel QIO, Indiana Improve Individual Patient Care AIM, Indianapolis, IN – *Clostridium difficile* Infection Prevention |
| April 2013 | Beijing International Forum on Infection Control, Beijing, China – International Practices on Diagnosis, Treatment, and Prevention of *Clostridium difficile* Infection |
| April 2013 | Guangzhou Regional Congress, Guangzhou, China – Diagnosis and Management of *Clostridium difficile* Infection |
| May 2013 | Society for Healthcare Epidemiology of America (SHEA) Spring 2013 Conference – Sporicidal Agents for Environmental Disinfection, Con: Not Important in the Control of *Clostridium difficile* |
| October 2013 | ID Week, Annual Joint Meeting of the Infectious Diseases Society of America, the Society for Healthcare Epidemiology of America, HIV Medical Association, and Pediatric Infectious Diseases Society – Diagnosis of *Clostridium difficile* Infection in Children |
| October 2013 | Bi-State Infectious Diseases Conference, St. Louis, MO – *Clostridium difficile* Infections |
| February 2014 | CDI17 Kick-off Meeting, National Institute of Infectious Diseases, Tokyo, Japan – Update of *Clostridium difficile* Epidemiology: A Global Perspective |
| February 2014 | Medicine Grand Rounds, Missouri Baptist Medical Center, St. Louis, MO – *Clostridium difficile* Infection Update |
| March 2014 | Washington University Medicine Resident Conference, St. Louis, MO – Recurrent *Clostridium difficile* Infection |
| March 2014 | Otolaryngology Grand Rounds, Washington University, St. Louis, MO – Current Updates and Management of *Clostridium difficile* Infection |
| May 2014 | American Society of Clinical Oncology Annual Meeting, Chicago, IL – *Clostridium difficile* Infection: Minimizing the Impact |
| July 2014 | World Transplant Congress Annual Meeting, San Francisco, CA – *Clostridium difficile* Infection in Transplantation |
| October 2014 | ID Week, Annual Joint Meeting of the Infectious Diseases Society of America, the Society for Healthcare Epidemiology of America, HIV Medical Association, and Pediatric Infectious Diseases Society – Pro: Reducing *C. difficile* Cross-transmission in Healthcare Facilities is the Most Effective Means of Preventing *C. difficile* Infection |
| May 2015 | 5th International *Clostridium difficile* Symposium, Bled, Slovenia – *Clostridium difficile* Transmission and Future Prevention Strategies |
| July 2015 | The 12th National Seminar on Infection Control, Pattaya, Thailand – *Clostridium difficile* Infection: What the Infection Preventionist Should Know |
| July 2015 | The 12th National Seminar on Infection Control, Pattaya, Thailand – Infection Control In Transplant Patients |
| July 2015 | The 12th National Seminar on Infection Control, Pattaya, Thailand – Surgical Site Infection and Catheter Associated Urinary Tract Infection Surveillance: NHSN Definitions and Updates |
| July 2015 | The 12th National Seminar on Infection Control, Pattaya, Thailand – Surgical Site Infections In Uncommon Procedures |
| Nov 2015 | 13th Galaxy of Gastroenterology, St. Louis, MO – *C. difficile*: Reducing Recurrences |
| Mar 2016 | Vanderbilt University School of Medicine, Medicine Grand Rounds, Nashville, TN – *Clostridium difficile* Infection: Past, Present, and Future |
| Apr 2016 | European Congress on Clinical Microbiology and Infectious Diseases, Amsterdam, The Netherlands, Integrated Symposium – Epidemiology of *C. difficile* Infection and Recurrent *C. difficile* Infection |
| Apr 2016 | Visiting Professor, Lieden University, Leiden, the Netherlands; Host: Prof. Dr. Ed Kuijper |

| | |
|---|---|
| May 2016 | The Society for Healthcare Epidemiology of America Spring Conference, Atlanta, GA – CON: Alcohol Hand Rub is Fine for Prevention of *Clostridium difficile* Infection |
| May 2016 | Digestive Diseases Week, San Diego, CA - Risk Factors for *Clostridium difficile* Infection and Preventive Practice in 2016 |
| July 2016 | *C. difficile* Reduction Quality and Safety Summit, Mercy Healthcare, Chesterfield, MO – The Biology of *C. difficile* |
| July 2016 | Anaerobe Society of America Congress, Nashville, TN – Safety and Efficacy RBX2660 for Recurrent *Clostridium difficile* Infection |
| Oct 2016 | American College of Gastroenterology Annual Scientific Meeting, Las Vegas, NV – Treating a Dificile Problem: Current Status |
| Oct 2016 | IDWeek, New Orleans, LA – The Role of the Stewardship Team in the Management of *Clostridium difficile* Infection |
| May 2017 | Digestive Diseases Week, Chicago, IL – The Gut Microbiome and *Clostridium difficile* |
| May 2017 | XVIII Congress of the Asociacion Panamericana de Infectologia, Panama City, Panama – Management and Prevention of *Clostridium difficile* Infection |
| May 2017 | XVIII Congress of the Asociacion Panamericana de Infectologia, Panama City, Panama – Best Intervention Ever |
| Jul 2017 | 21st Annual Fellows' Course in Healthcare Epidemiology, Infection Prevention, and Antimicrobial Stewardship, Providence, RI – Prevention of *Clostridium difficile* Infection and Other Causes of Diarrhea |
| Jul 2017 | 21st Annual Fellows' Course in Healthcare Epidemiology, Infection Prevention, and Antimicrobial Stewardship, Providence, RI – Infection Prevention Strategies for Immunocompromised Hosts and Fungal Disease |
| Aug 2017 | Illinois Health and Hospital Association, C. diff Improvement Action Network, Naperville, IL – Prevention of *Clostridium difficile* Infection |
| Aug 2017 | Midwest Alliance for Patient Safety, Naperville, IL – Optimizing Patient Safety: Diagnosis, Treatment, and Prevention of *Clostridium difficile* Infection |
| Sept 2017 | CDC, Microbiome Indices for Antibiotic Resistance Outcomes Meeting, Atlanta, GA – Microbiome Indices, Regulatory Hurdles and Levels of Evidence: From the Bench to Improving Patient Outcomes |
| Oct 2017 | IDWeek, San Diego, CA – *Clostridium difficile* Infection: Focus on Prevention |
| Oct 2017 | 15th Galaxy of Gastroenterology, St. Louis, MO – Fecal Microbiota Transplantation: A Clinician's Guide |
| Sept 2018 | NIAID, Vaccines Against *C. difficile* Infection: A Roadmap to the Future, Bethesda, MD – *Clostridium difficile* Infection: Current Control Measures |
| Sept 2018 | NIAID, Vaccines Against *C. difficile* Infection: A Roadmap to the Future, Bethesda, MD – *Clostridium difficile* Infection: Targeting Populations for Vaccination |
| Oct 2018 | IDWeek Premeeting Workshop, San Francisco, CA - Use of Fecal Microbiota Transplantation (FMT) Beyond Recurrent *C. difficile* |
| Oct 2018 | IDWeek, San Francisco, CA – Fecal Microbiota Transplants in Infectious Diseases |
| Apr 2019 | Society for Healthcare Epidemiology of America Annual Spring Meeting, Boston, MA – The Future of *Clostridioides difficile* infection Prevention |
| May 2019 | Rush University Medical Center Department of Internal Medicine Grand Rounds, Chicago, IL – *Clostridioides difficile* Infection Guideline Update: Understanding the Data Behind the Recommendations |
| Oct 2019 | University of Montreal College of Pharmacy 100 Year Anniversary Centennial Keynote Lecture day on the Microbiome, Montreal, Quebec, Canada - Emerging Prevention Strategies for *Clostridioides difficile* infection: What Does the Future Hold? |

**BOARD MEMBERSHIPS**

2006-Present                    National Comprehensive Cancer Center Network (NCCN), Prevention and
                                Treatment of Cancer-Related Infections Guideline Committee

**RESEARCH SUPPORT**

    A.  Governmental
        a.  Past support

Prevention Epicenters Program: UR8/CCU715087-03 (PI: Fraser) – CDC: 1/20/01 – 1/20/06;
investigator

Clostridium difficile-associated disease: UR8/CCU715087-06/1 (PI: Fraser) – CDC: 9/01/04-
1/31/07; investigator

Washington University Institute of Clinical and Translational Sciences; Research Education,
Training and Career Development (formerly K12 Multidisciplinary Clinical Research Career
Development Program): 1 UL1 RR024992-01 (PI: Polonsky); 1 KL2 RR024994-01 (PI: Fraser)
(formerly 1K12RR02324901 (PI: Fraser)) – NCRR: 9/01/07 – 5/31/12; scholar (2 year
commitment)

Mortality in Transplant patients with Aspergillosis: K23AI064613 (PI: Baddley) 9/1/07 to 8/31/10;
subcontract

Dynamics of Clostridium difficile transmission and infection control measures in health-care
settings: Food and Waterborne Diseases Integrated Research Network, N01-AI-30054 (PI:
Grohn) – NIAID: 6/30/09 to 9/30/10; subcontract, site PI

Prevention Epicenters Program: 1UO1CI000333-01 (PI: Fraser) – CDC: 1/20/06-1/20/11;
investigator

Invasive fungal infections in ultra-high-risk transplant recipients: 5U01CI000283-03 (PI: Silveria,
UPMC) – CDC: 9/1/04-8/31/09; sub contract, site PI

C. difficile Disease in Stem Cell Transplant Recipients: 1K23AI065806-01A2 (PI: Dubberke) –
NIAID: 2/1/09 – 1/31/12; Primary investigator

Validation and Modeling of a C. difficile Infection Risk Prediction Index: 1R21NR011362-01 –
NINR: 7/01/09 – 6/30/11; Primary Investigator

Clostridium difficile Infection: Redefining the Role of the Asymptomatic Host: P30 DK52574 (PI:
Davidson) – NIDDK: 5/1/10 to 4/30/11 and 5/1/11 to 4/30/12; pilot and feasibility award

Surgical Site and Clostridium difficile Infections after Ambulatory Surgery: R01 HS019713
(Olsen; PI) – AHRQ: 10/1/10 – 9/30/13; investigator

Organ Transplant Infection Detection and Prevention Program: 1U01CK000134-01 (PI: Silveria,
UPMC) – CDC: 9/1/10-8/29/15; sub contract, site PI

Use of Needleless Connectors to Prevent Bloodstream Infections in Hemodialysis: CDC Task
Order 200-2011-42070-002 (PI: Dubberke) – CDC: 8/1/2013 – 4/1/2015

Prevention Epicenters Program: 1U54CK000162-01 (PI: Fraser) – CDC: 3/1/2011-02/29/2016;
investigator

Studies to Prevent Infections and Protect Healthcare Workers in Hospitals: 3U54CK000162-05S1 (PI: Fraser) – CDC:  4/1/2015-2/29/16

Fecal Microbiome Restoration after Antimicrobials with Autologous Fecal Microbiota Therapy: 3U54CK00162-03S1 (PI: Dubberke) – CDC: 8/15/2013 – 8/14/2014

Impact of Fecal Transplantation on Resistant Organism Carriage and the Resistome: 3U54CK000162-04S1 (PI: Dubberke) – CDC: 9/1/14 – 8/31/15

Intestinal Metabolomic Factors Affecting *Clostridium difficile* Colonization and Infection: CDC Broad Agency Announcement 200-2016-91965 (PI: Henderson) – CDC: 9/30/2016 – 9/29/2017; investigator

Prospective Study Characterizing Fecal Microbiome Disruptions During and After Receipt of Antimicrobials: CDC Broad Agency Announcement 200-2016-91962 (PI: Kwon) – CDC: 9/30/2016 – 9/29/2017; investigator

Modeling and Control of Environmentally Transmitted Pathogens: R01GM113239 (PI: Lanzas) – NIGMS: 8/1/14 – 4/30/19; sub contract, investigator

b. Current Support
   *Clostridium difficile* **N**ucleic Acid Amplification Test Cycle **T**hreshold Value **A**ssociated Environmental Conta**m**ination (CONTAM Study): 200-2018-02926, CDC 10/1/18 – 9/30/19; PI

   Double blinded, randomized controlled **T**rial of **O**ral vancomycin versus placebo in hospitalized patients with diarrhea and stool to**x**in **neg**ative but nucleic acid amplification test positive for toxigenic Clostridium difficile (TOX NEG trial): 200-2017-96178; CDC 09/30/17 – 09/29/18; PI

   Understanding and Preventing *Clostridium difficile* Transmission from Asymptomatically Colonized Patients: R01 HS025456-01 (PI: Morgan) – AHRQ: 8/1/17 to 5/31/2021; site PI

   Washington University & BJC Epi-Center for Prevention of Healthcare Associated Infections: 1U54CK000482 (PI: Fraser); CDC: 07/01/16 – 6/30/2020; investigator
   > Predictors of Recurrent Multidrug Resistant UTI and Impact of FMT on Recurrence: (PI: Dubberke); CDC 07/01/16 – 6/30/2020; project PI

   Multicenter Collaborative Project: MAriMbA: The Microbiome and Mdro Acquisition Project: U54CK000481 (PI: Hayden); CDC 07/01/16 – 6/30/2020; site PI


B. Non-governmental
   a. Past support
      A Randomized, Double-Blind Study of GT267-004 Versus Vancomycin, and GT267-004 Versus Metronidazole, in Patients With C.Difficile - Associated Diarrhea: Genzyme; Clinical trial; site primary investigator: 9/15/05 – 11/15/06

      Protocol No: 1263-301, A Randomized, Double-Blind Study to Assess the Efficacy and Safety of Prophylactic use of Maribavir Versus Oral Ganciclovir for the Prevention of Cytomegalovirus Disease in Recipients of Orthotopic Liver Transplants: Viropharma; Clinical trial; site primary investigator: 9/15/07 – 9/14/09

      Development and Validation of a *Clostridium difficile*-Associated Disease Risk Index: (PI: Dubberke) – Barnes-Jewish Hospital Foundation, Investigator initiated 4/01/07 – 3/31/09; PI

Prospective Observational Study of Nosocomial Clostridium difficile Toxin Antibody Concentrations, Incidence, and Recurrence. Merck; Clinical trial, site Primary Investigator, Co-designed study: 1/15/09 – 1/14/12

A Phase 2, Randomized, Double-Blind, Placebo-Controlled, Dose-Ranging Study to Assess the Safety and Efficacy of VP 20621 For Prevention of Recurrence of *Clostridium difficile* Infection (CDI) in Adults Previously Treated for CDI. Viropharma. Clinical trial, Site PI: 8/1/11 – 11/30/12

A Phase 2, Open-label Clinical Trial Demonstrating the Safety of RBX2660 Microbiota Suspension for the Treatment of Recurrent *Clostridium difficile*-associated Diarrhea. Rebiotix, Clinical trial, Site PI: 9/1/13 to 7/31/14

Effectiveness of Provodine and Provodine T to Prevent and Remove *Clostridium difficile* Spore Hand Contamination. Microdermis. Investigator initiated, PI 12/12/13 – 7/31/15

Risk factors and Outcomes of Recurrent *Clostridium difficile* infection. Optimer. Invetigator initiates, PI. 10/20/10 – 12/15/14

Epidemiology, Risk Factors, and Outcomes of *Clostridium difficile* Infection in Medicare and Hospitalized Patients. Sanofi Pasture. Investigator initiated, PI. 12/21/12 – 5/20/15

A Phase III, Randomized, Double-Blind, Placebo-Controlled, Adaptive Design Study of the Efficacy, Safety, and Tolerability of a Single Infusion of MK-3415 (Human Monoclonal Antibody to *Clostridium difficile* toxin A), MK-6072 (Human Monoclonal Antibody to *Clostridium difficile* toxin B), and MK-3415A (Human Monoclonal Antibodies to *Clostridium difficile* toxin A and toxin B) in Patients Receiving Antibiotic Therapy for *Clostridium difficile* Infection. Merck. Site PI. 11/1/12 – 2/28/15

DEFLECT-1: A Phase 3b Multi-Center, Double-Blind, Randomized, Placebo Controlled Study to Demonstrate the Safety and Efficacy of Fidaxomicin for Prophylaxis against *Clostridium difficile*-Associated Diarrhea in Adults Undergoing Hematopoietic Stem Cell Transplantation. Optimer. Site PI. 2/1/13 to 6/15/15

A Phase 2B Prospective, Randomized, Double-blinded, Placebo-controlled Clinical Study Demonstrating the Efficacy and Safety of Rebiotix RBX2660 (microbiota suspension) for the Treatment of Recurrent Clostridium difficile Infection. Rebiotix. Study site PI. 11/1/14 to present

Effect of Limiting Sequential *Clostridium difficile* Testing on Patient Care Outcomes. The Foundation for Barnes-Jewish Hospital. PI. 7/1/14 to 6/30/16

Analysis of the Health Care Utilization and Trajectory Before and After *Clostridium difficile* Infection. Sanofi-Pasteur. PI. 8/20/14 – 11/28/17

Epidemiology of *Clostridium difficile* Infection in Japan. Sanofi-Pasteur. PI 10/6/15 to present

b. Current support
Administrative database analyses to determine the incidence and outcomes of Clostridium difficile infection and impact of a CDI vaccine. Pfizer. PI. 11/2017-present

Phase 1b/2a Evaluation of the Safety and Tolerability of SYN-004 in Adult Allogeneic Hematopoietic Cell Transplantation Recipients. Synthetic Biologics. PI. 08/2019-present

**CLINICAL TITLES AND RESPONSIBILITIES**

| | |
|---|---|
| 2003-2007 | Faculty Lecturer, St. Louis STD/HIV Prevention Training Center, Washington University School of Medicine |
| 2004-2013 | Medical Attending, John Cochran Veterans Administration Hospital, St. Louis, MO (current status: WOC) |
| 2005-Present | Associate Hospital Epidemiologist, Transplant and Oncology Units, *C. difficile,* Barnes-Jewish Hospital, St. Louis, MO |
| 2005-Present | Medical Director, Infection Control, Missouri Baptist Medical Center, St. Louis, MO |
| 2005-Present | Attending Physician, Barnes-Jewish Hospital |
| 2007 | Interim Medical Director, Sexually Transmitted Disease Clinic, St. Louis County |
| 2005-Present | Clinical Director, Transplant Infectious Diseases: Developed inpatient consult service, outpatient clinic, and teaching curriculum; Member of BJH Transplant Steering Committee |

**TEACHING TITLES AND RESPONSIBILITIES**

WUSM III/IV, Resident, and Fellow training

| | |
|---|---|
| 2005-Present | Outpatient Transplant Infectious Diseases Clinic Attending |
| 2005-Present | Inpatient Transplant Infectious Diseases Service Attending |
| 2006-Present | Lecturer, Infectious Diseases Core Curriculum Series: Topics covered – VRE, *C. difficile*, infections in stem cell transplant recipients, infections in solid organ transplant recipients |

WUSM I and II Courses

| | |
|---|---|
| 2000-2003 | Small group leader. Practice of Medicine. Clinical Skills |
| 2002-Present | Small group leader, Infectious Diseases Course |
| 2003-Present | Small group leader. Practice of Medicine. Infection Control |
| 2004-2007 | Small group leader. Practice of Medicine. History and Physical |
| 2006-2017 | Lecturer, Infectious Diseases Course, WUSM II - Non-HIV Immunocompromised Hosts |
| 2007-2010 | Small group leader. Practice of Medicine. Scientific Methods |

**TRAINING / MENTEE RECORD**

Current Trainees / Mentees

| | |
|---|---|
| 2014-Present | Jennie H. Kwon, DO, MSCI, assistant professor, infectious diseases division, Washington University School of Medicine |
| 2015-Present | Merilda Blanco Guzman, MD, instructor in medicine, infectious diseases division, Washington University School of Medicine |
| 2015-Present | Larry K. Kociolek, MD, MSCI, instructor in pediatrics, infectious diseases division, Northwestern University |
| 2017-Present | William McCoy, MD, PhD, instructor in medicine, dermatology division, Washington University School of Medicine |
| 2018-Present | Adriana Rauseo, MD, fellow, infectious diseases division, Washington University School of Medicine |

Past Trainees / Mentees

| | |
|---|---|
| 2006-2007 | Leticia Luz, MD, internal medicine resident, Barnes-Jewish Hospital |
| 2009-2011 | Amelia Kasper, MD, MHS, internal medicine resident, Barnes-Jewish Hospital |
| 2009-2011 | Linda Bobo, MD, PhD, infectious diseases fellow, Washington University School of Medicine |
| 2010-2012 | Zhuolin (Julia) Han, MD, infectious diseases fellow, Washington University School of Medicine |

| 2011-2013 | Jonathan Baghdadi, MD, internal medicine resident, Barnes-Jewish Hospital |
| 2011-2014 | Faisal Al Asmari, MBBS, epidemiology fellow, Washington University School of Medicine |
| 2014-2015 | Allison L. Nazinitsky, MD, infectious diseases fellow, Washington University School of Medicine |

## BIBLIOGRAPHY
<u>Publications</u>

1. Kumar GN, **Dubberke E**, Rodrigues AD, Roberts E, Dennisen JF. Identification of Cytochrome p450(s) Involved in the Human Liver Microsomal Metabolism of the Thromboxane A2 Inhibitor Seratrodast (ABT-73001). Drug Metab Dispos 1997 Jan; 25(1):110-5. **PMCID: Not applicable**

2. **Dubberke E**, Razavi B, Johnson R. *Serretia marscecens* necrotizing fasciitis in a Bone Marrow Transplant Patient. Infec Dis Clin Pract 2002; 11(1): 25-27 **PMCID: Not applicable**

3. **Dubberke ER**, Fraser V. Antibiotic Cycling and Other Strategies of Antibiotic Use in Slowing and Reversing Antibiotic Resistance. Infections in Medicine 2004; 21 (11): 544-56 **PMCID: Not applicable**

4. Khoury J, **Dubberke ER**, Devine SM. Fatal Case of Prothecosis in a Hematopoietic Stem Cell Transplant Recipient after Infliximab Treatment for Graft Versus Host Disease. Blood 2004; 103 (10): 3414-5 **PMCID: Not applicable**

5. **Dubberke ER**, Fraser V. Strategies for Preventing and Reversing Antimicrobial Resistance: The Role of Antibiotic Cycling. Drug Benefit Trends 2005; 17 (2): 63-75 **PMCID: Not applicable**

6. **Dubberke ER**, Tu B, Rivet D, Storch G, Apisarnthanarak A, Schmidt R, Weiss S, Polish L. Acute Meningoencephalitis Caused by Adenovirus Serotype 26. J Neurovirol 2006; 12: 235-240. **PMCID: Not applicable**

7. **Dubberke ER**, Reske K, McDonald LC, Fraser VJ. ICD-9 Codes and Surveillance for *Clostridium difficile*-Associated Disease. Emerg Infect Dis. 2006; 12: 1576-1579 **PMCID: PMC3290935**

8. **Dubberke ER**, Hollands J, Georgantopolous P, Augustin K, DiPersio J, Mundy L, Khoury H. Vancomycin-Resistant Enterococcal Bloodstream Infections on a Hematopoietic Stem Cell Transplant Unit: Are the Sick Getting Sicker? Bone Marrow Transplant. 2006; 38: 813-819 **PMCID: Not applicable**

9. McMullen KM, Zack J, Coopersmith CM, Kollef M, **Dubberke ER**, Warren DK. The Use of Hypochlorite Solution to Lower Rates of *Clostridium difficile*-Associated Diarrhea. Infect Control Hosp Epidemiol. 2007; 28: 205-207 **PMCID: Not applicable**

10. **Dubberke ER**, Sadhu J, Gatti R, Reske K, DiPersio J, Devine S, Fraser V. Severity of *Clostridium difficile*-Associated Disease in Allogeneic Stem Cell Transplant Recipients: Evaluation of a CDAD Grading Scale. Infect Control Hosp Epidemiol. 2007; 28: 208-211 **PMCID: Not applicable**

11. McDonald LC, Coignard B, **Dubberke ER**, Song X. Recommendations for Surveillance of *Clostridium difficile*-Associated Disease. Infect Control Hosp Epidemiol. 2007; 28: 140-145 **PMCID: Not applicable**

12. **Dubberke ER**, Reske KA, Noble-Wang J, Thompson A, Killgore G, Mayfield J, Camins B, Woeltje K, McDonald J, McDonald LC, Fraser VJ. Prevalence of *Clostridim difficile* Environmental Contamination and Strain Variability in Multiple Healthcare Facilities. Am J Infect Control. 2007; 35: 315-8. **PMCID: Not applicable**

13. Rodemann JF, **Dubberke ER**, Reske KA, Seo DH, Stone CD. Increasing Incidence of *Clostridium difficile* Infection in Inflammatory Bowel Disease. Clin Gastro and Hep. 2007; 5: 339-344. **PMCID: Not applicable**

14. **Dubberke ER**, Reske KA, Olsen MA, McDonald LC, McMullen KM, Mayfield JL, Fraser VJ. Evaluation of "CDAD pressure" as a risk factor for *Clostridium difficile*-Associated Disease. Arch Intern Med. 2007; 167: 1092-1097. **PMCID: Not applicable**

15. Lawrence SJ, **Dubberke ER**, Johnson S, Gerding D. *Clostridium difficile*-Associated Disease Treatment Response Depends on Definition of Cure. Clin Infect Dis. 2007; 45: 1648 **PMCID: Not applicable**

16. **Dubberke ER**, Reske KA, Yan Y, McDonald LC, Fraser VJ. *Clostridium difficile*-Associated Disease in a Setting of Endemicity: Identification of Novel Risk Factors. Clin Infect Dis. 2007; 45: 1543-9. **PMCID: Not applicable**

17. **Dubberke ER**, Reske KA, Olsen MA, McDonald LC, Fraser VJ. Short and Long-Term Attributable Costs of *Clostridium difficile*-Associated Disease in Nonsurgical Inpatients. Clin Infect Dis. 2008; 46:497-504. **PMCID: Not applicable**

18. Segal BH, Freifeld AG, Baden LR, Brown AE, Casper C, **Dubberke ER**, Gelfand M, Greene JN, Ison MG, Ito JI, Karp JE, Kaul DR, King E, Mackler E, Marcucci G, Montoya JG, Engemann AM, Rolston K. Prevention and treatment of cancer-related infections. J Natl Compr Canc Netw. 2008 Feb;6(2):122-74. **PMCID: Not applicable**

19. Fritz JM, Brielmaier BD, **Dubberke ER**. Micafungin for the prophylaxis and treatment of Candida infections. Expert Rev Anti Infect Ther. 2008 Apr;6(2):153-62. **PMCID: Not applicable**

20. **Dubberke ER**, Weil GJ. A woman from Honduras with a painful forearm and fever. Am J Trop Med Hyg. 2008 May;78(5):697-8. **PMCID: Not applicable**

21. **Dubberke ER**, Butler AM, Reske KA, Agniel D, Olsen MA, D'Angelo G, McDonald LC, Fraser VJ. Attributable Outcomes of Endemic *Clostridium difficile*-Associated Disease in Nonsurgical Patients. Emerg Infect Dis. 2008; 14 (7):1031-8. **PMCID: PMC2600322**

22. **Dubberke ER**, Sadhu J, Gatti R, Reske K, DiPersio J, Devine S, Fraser V. Reply to Jaber et al. Infect Control Hosp Epidemiol. 2008; 29: 189-90. **PMCID: Not applicable**

23. Riddle DJ, **Dubberke ER**. *Clostridium difficile* Infection in Solid Organ Transplant Recipients. Curr Opin Organ Transplant. 2008; 13: 592-600. **PMCID: Not applicable**

24. **Dubberke ER**, Reske KA, yan Y, Olsen MA, Fraser VJ. Reply to Goorhuis et al. *Clostridium difficile*-Associated Disease (CDAD) Pressure: A Better Measure of CDAD Exposure than Length of Stay or Ward. Clin Infect Dis. 2008; 47:430-1. **PMCID: Not applicable**

25. **Dubberke ER**, Gerding DN, Classen D, Arias KM, Podgorny K, Anderson DJ, Burstin H, Calfee DP, Coffin SE, Fraser V, Griffin FA, Gross P, Kaye KS, Klompas M, Lo E, Marschall J, Mermel LA, Nicolle L, Pegues DA, Perl TM, Saint S, Salgado C, Weinstein RA, Wise R, Yokoe DS. Implementation Strategies for Prevention and Monitoring of *Clostridium difficile*-Associated Disease in Acute Care Hospitals. Infect Control Hosp Epidemiol. 2008; Suppl 1: S81-92. **PMCID: Not applicable**

26. Marschall J, Mermel LA, Classen D, Arias KA, Podgorny K, Anderson DJ, Burstin H, Calfee DP, Coffin SE, **Dubberke ER**, Fraser V, Gerding DN, Griffin FA, Gross P, Kaye KS, Klompas M, Lo E, Nicolle L, Pegues DA, Perl TM, Saint S, Salgado C, Weinstein RA, Wise R, Yokoe DS. Implementation Strategies for the Prevention and Monitoring of Central Line-Associated Bloodstream Infections in Acute Care Hospitals. Infect Control Hosp Epidemiol. 2008; Suppl 1: S22-30. **PMCID: Not applicable**

27. Lo, E, Nicolle L, Classen D, Arias KM, Podgorny K, Anderson DJ, Burstin H, Calfee DP, Coffin SE, **Dubberke ER**, Fraser V, Gerding DN, Griffin FA, Gross P, Kaye KS, Klompas M, Marschall J, Mermel LA, Pegues DA, Perl TM, Saint S, Salgado C, Weinstein RA, Wise R, Yokoe DS. Implementation Strategies for the Prevention and Monitoring of Catheter-Associated Urinary Tract Infections in Acute Care Hospitals. Infect Control Hosp Epidemiol. 2008; Suppl 1: S41-50 **PMCID: Not applicable**

28. Calfee DP, Salgado C, Classen D, Arias KM, Podgorny K, Anderson DJ, Burstin H, Coffin SE, **Dubberke ER**, Fraser V, Gerding DN, Griffin FA, Gross P, Kaye KS, Klompas M, Lo E, Marschall J, Mermel LA, Nicolle L, Pegues A, Perl TM, Saint S, Weinstein RA, Wise R, Yokoe DS. Implementation Strategies for Prevention and Monitoring of Methicillin-Resistant *Staphylococcus aureus* in Acute Care Hospitals. Infect Control Hosp Epidemiol.2008; Suppl 1: S62-80. **PMCID: Not applicable**

29. Anderson DJ, Kaye KS, Classen D, Arias KM, Podgorny K, Burstin H, Calfee DP, Coffin SE, **Dubberke ER**, Fraser V, Gerding DN, Griffin FA, Gross P, Klompas M, Lo E, Marschall J, Mermel LA, Nicolle L, Pegues DA, Perl TM, Saint S, Salgado C, Weinstein RA, Wise R, Yokoe S. Implementation Strategies for the Prevention and Monitoring of Surgical Site Infections in Acute Care Hospitals. Infect Control Hosp Epidemiol. 2008; Suppl 1: S51-61. **PMCID: Not applicable**

30. Coffin SE, Klompas M, Classen D, Arias KM, Podgorny K, Anderson DJ, Burstin H, Calfee DP, **Dubberke ER**, Fraser V, Gerding DN, Griffin FA, Gross P, Kaye KS, Lo E, Marschall J, Mermel LA, Nicolle L, Pegues DA, Perl TM, Saint S, Salgado C, Weinstein RA, Wise R, Yokoe DS.

Implementation Strategies for the Prevention and Monitoring of Ventilator-Associated Pneumonia in Acute-Care Hospitals. Infect Control Hosp Epidemiol. 2008; Suppl 1: S31-40. **PMCID: Not applicable**

31. Yokoe DS, Mermel LA, Anderson DJ, Arias KM, Burstin H, Calfee DP, Coffin SE, **Dubberke ER,** Fraser V, Gerding DN, Griffin FA, Gross P, Kaye KS, Klompas M, Lo E, Marschall J, Nicolle L, Pegues DA, Perl TM, Podgorny K, Saint S, Salgado C, Weinstein RA, Wise R, Classen D. A Compendium of Implementation Strategies for the Prevention and Monitoring of Healthcare-Associated Infections in Acute Care Hospitals. Infect Control Hosp Epidemiol. 2008; Suppl 1: S12-31—21. **PMCID: Not applicable**

32. Babcock HM, Merz LR, **Dubberke ER**, Fraser VJ. Case-control study of clinical features of influenza in hospitalized patients. Infect Control Hosp Epidemiol. 2008; 10:921-6. **PMCID: Not applicable**

33. **Dubberke ER**, Wertheimer AI. The Economic Burden of *Clostridium difficile* Infection: A Review of the Current Literature. Infect Control Hosp Epidemiol. 2009; Jan;30(1):57-66. **PMCID: Not applicable**

34. **Dubberke ER,** McMullen KM, Mayfield JL, Reske KA, Georgantopoulos P, Warren DK, Fraser VJ. Hospital-Associated Clostridium difficile Infection: Is It Necessary to Track Community-Onset Disease? Infect Control Hosp Epidemiol. 2009; 30:332-7. **PMCID: PMC3598605**

35. **Dubberke ER**, Butler AM, Hota B, Khan YM, Mangino JE, Mayer J, Popovich KJ, Stevenson KB, Yokoe DS, McDonald LC, Jernigan J, Fraser VJ, CDC Prevention Epicenters Program. Multicenter Study of the Impact of Community-Onset *Clostridium difficile* Infection on Surveillance for *C. difficile* Infection. Infect Control Hosp Epidemiol. 2009; 30:518-525. **NIHMSID: 464743**

36. Schaefer AM, McMullen KM, Mayfield JL, Richmond A, Warren DK, **Dubberke ER**. Risk factors associated with methicillin-resistant Staphylococcus aureus colonization on hospital admission among oncology patients. Am J Infect Control. 2009; April 9. e pub ahead of print. **PMCID: PMC3668339**

37. Kun H, Moore A, Mascola L, Steurer F, Lawrence G, Kubak B, Radhakrishna S, Leiby D, Herron R, Mone T, Hunter R, Kuehnert M; **Chagas Disease in Transplant Recipients Investigation Team**. Transmission of Trypanosoma cruzi by heart transplantation. Clin Infect Dis. 2009 Jun 1;48:1534-40. **PMCID: Not applicable**

38. Riddle DJ, **Dubberke ER**.Trends in *Clostridium difficile* Disease: Epidemiology and Intervention. Infections in Medicine. 2009; 26:211-20. **NIHMSID: 464766**

39. Honda H, **Dubberke ER**. *Clostridium difficile* Infection: A Re-Emerging Threat. Mo Med. 2009; 106:287-91. **PMCID: PMC3648223**

40. Riddle DI, **Dubberke ER.** *Clostridium difficile* Infection in the Intensive Care Unit. Infect Dis Clin North Amer. 2009; 23:727-744. **PMCID:PMC3598605**

41. Arnold HM, McKinnon PS, Augustin KM, Hladnik LM, Casabar E, Reichley RM, **Dubberke ER**, Westervelt P, Ritchie DJ. Assessment of imipenem-cilastatin 500mg q6h, meropenem 1g q8h and meropenem 500mg q6h in adult patients with neutropenic fever. Pharmacotherapy. 2009; 29:914-23. **NIHMSID: 471638**

42. Singh N, Aguado JM, Bonatti H, Forrest G, Gupta KL, Safdar N, John GT, Pursell KJ, Muñoz P, Patel R, Fortun J, Martin-Davila P, Philippe B, Philit F, Tabah A, Terzi N, Chatelet V, Kusne S, Clark N, Blumberg E, Julia EB, Humar A, Houston S, Lass-Flörl C, Johnson L, **Dubberke ER**, Barron MA, Lortholary O. Zygomycosis in Solid Organ Transplant Recipients: a Prospective, Matched Case-Control Study to Assess Risks for Disease and Outcome. J Infect Dis. 2009; 200:1002-11. **PMCID: Not applicable**

43. Sun YH, Aquado JM, Bonatti H, Forrest G, Gupta KL, Safdar N, John GT, Pursell KJ, Munoz P, Patel R, Fortun J, Matin-Davila P, Philippe B, Philit F, Tabah A, Terzi N, Chatelet V, Kusne S, Clark N, Blumberg E, Julia MB, Humar A, Houston S, Lass-Florl C, Johnson L, **Dubberke ER**, Barron MA, Lortholary O, Singh N, and the Zygomycosis in Transplant Study Group. Pulmonary Zygomycosis in Solid Organ Transplant recipients in the Current Era. Am J Transplant. 2009; 9: 2166-71. **PMCID: Not applicable**

44. **Dubberke ER**, Reske KA, Srivastava A, Sadhu J, Gatti R, Young RM, Rakes LC, Dieckgraefe B, DiPersio J, Fraser VJ. *Clostridium difficile* Infection in Allogeneic Hematopoietic Stem Cell Transplant Recipeints: Protective Factors, Risk Factors, and Outcomes. Clin Transpl. 2009; Epub ahead of print. **PMCID: PMC3390201**

45. **Dubberke ER**, The A, B, BI, and Cs of Clostridium difficile. Clin Infect Dis. 2009; 49:1148-52. **PMCID: PMC3649764**

46. Litvin M, Reske KA, Mayfield J, McMullin KM, Georgantopoulos P, Copper S, Hoppe-Bauer JE, Fraser VJ, Warren DK, **Dubberke ER**. Identification of a Clostridium difficile - Infection (CDI) Pseudo-outbreak and Impact of Repeated Testing, Sensitivity, and Specificity on Perceived Prevalence of CDI. Infect Control Hosp Epidemiol. 2009; 30:1166-71. **PMCID:  PMC3598603**

47. Yokoe D, Casper C, **Dubberke E**, Lee G, Muñoz P, Palmore T, Sepkowitz K, Young JA, Donnelly JP. Safe living after hematopoietic cell transplantation. Bone Marrow Transplant. 2009 Oct;44(8):509-19. **PMCID: PMC3103296**

48. Yokoe D, Casper C, **Dubberke E,** Lee G, Muñoz P, Palmore T, Sepkowitz K, Young JA, Donnelly JP. Infection prevention and control in health-care facilities in which hematopoietic cell transplant recipients are treated. Bone Marrow Transplant. 2009 Oct;44(8):495-507. **PMCID: PMC3103296**

49. **Dubberke ER**, Riddle DJ, AST Infectious Diseases Community of Practice. Diagnosis, Treatment, and Prevention of *Clostridium difficile* Infection in Solid Organ Transplant Recipients. Am J Transplant. 2009; 9 (Suppl 4): S35-S40. **NIHMSID: 464771**

50. **Dubberke ER**, Butler AM, Yokoe DS, Mayer J, Hota B, Mangino JE, Khan YM, Popovich KJ, Stevenson KB, McDonald LC, Olsen MA, Fraser VJ, CDC Prevention Epicenters Program. A Multicenter Surveillance Study of ICD-9-CM Code Based Hospital-Onset Clostridium difficile Infection Surveillance. Infect Control Hosp Epidemiol. 2009. Infect Control Hosp Epidemiol. 2010 Mar;31(3):262-8. **PMCID: PMC3640806**

51. Alexander BT, Hladnik LM, Augustin KM, Casabar E, McKinnon PS, Reichley R, Ritchie DJ, Westervelt P, **Dubberke ER**. Use of Cytomegalovirus Intravenous Immune Globulin for the Treatment of Cytomegalovirus in Hematopoietic Stem Cell Transplant Patients. Pharmacotherapy. 2010; 30(6):554-561. **PMCID: PMC3668347**

52. Bobo LD, **Dubberke ER**. Recognition and Prevention of Hospital-Associated Enteric Infections in the Intensive Care Unit. Critical Care Medicine. 2010; 38 (8 Suppl): S324-34. **PMCID: PMC3657464**

53. **Dubberke ER**, Butler AM, Yokoe DS, Mayer J, Hota B, Mangino JE, Khan YM, Popovich KJ, Fraser VJ, CDC Prevention Epicenters Program. A Multicenter Study of Clostridium difficile Infection Rates from 2000-2006. Infect Control Hosp Epidemiol. 2010. 2010 Oct;31(10):1030-7. **PMCID: PMC3648217**

54. **Dubberke ER**, Prevention of Healthcare-Associated Clostridium difficile: What Works? Infect Control Hosp Epidemiol. 2010 Nov;31 Suppl 1:S38-41. **PMCID: PMC3648222**

55. **Dubberke ER**, Haslam DB, Lanzas C, Bobo LD, Burnham CD, Grohn YT, Tarr PI. The Ecology and Pathobiology of *Clostridium difficile* Infections: An Interdisciplinary Challenge. Zoonoses Public Health. 2011. 25: 4-20. **PMCID: PMC3668351**

56. **Dubberke ER**, Yan Y, Reske KA, Butler AM, Doherty J, Pham V, Fraser VJ. Development and Validation of a *Clostridium difficile* Infection Risk Prediction Model. Infect Control Hosp Epidemiol. 2011. 32: 360-6. **PMCID: PMC3649761**

57. Lanzas C, **Dubberke ER**, Lu Z, Reske KA, Grohn YT. Epidemiological Model for *Clostridium difficile* Transmission in Healthcare Settings. Infect Control Hosp Epidemiol. 2011. 32: 553-61. **PMCID: PMC3645005**

58. **Dubberke ER**, Butler AM, Nyazee HA, Reske KA, Yokoe DS, Mayer J, Hota B, Mangino JE, Khan YM, Fraser VJ, CDC Prevention Epicenters Program. The Impact of ICD-9-CM Rank-Order on the Estimated Prevalence of *Clostridium difficile* Infections. Clin Infect Dis. 2011. 53(1):20-5. **PMCID: PMC3110281**

59. Bobo LD, **Dubberke ER,** Kollef M. *Clostridium difficile* in the Intensive Care Unit: The Struggle Continues. Chest. 2011. Chest. 2011 Dec;140(6):1643-53. **PMCID: PMC3231962**

60. Han Z, McMullen KM, Russo AJ, Copper SM, Warren DK, **Dubberke ER**. A *Clostridium difficile* Infection "Intervention:" Change in Toxin Assay Results in Lower Number of *Clostridium difficile* Infection Cases without Changes in Patient Outcomes. Am J Infect Control. 2011. Jul 26. Epub ahead of print. **NIHMSID: 464780**

61. **Dubberke ER,** Han Z, Bobo L, Hink T, Lawrence B, Hoppe-Bauer J, Burnham CD, Dunne WM. Impact of Clinical Symptoms on the Sensitivity and Specificity of Clostridium difficile Diagnostic Assays. J Clin Micro. 2011. 49: 2887-93. **PMCID: PMC3147743**

62.  McMullen KM, Mayfield JL, Abdul-Hakim, Warren DK, **Dubberke ER.** Assessing Colectomies due to *Clostridium difficile* Infection: Increases in the Community, Not Referral Center. Am J Infect Control. 2012. 40 (8): 778-780. **PMCID: Not applicable**

63.  Murphy CR, Avery TR, **Dubberke ER**, Huang SS. Frequent Hospital Readmissions for *Clostridium difficile* Infection and the Impact on Estimates of Hospital-Associated *C. difficile* Burden. Infect Control Hosp Epidemiol. 2011. Infect Control Hosp Epidemiol. 2012 Jan;33(1):20-8. Epub 2011 Nov 11. **PMCID: PMC3657466**

64.  Yan Y, Reske KA, Fraser VJ, Colditz GA, **Dubberke ER**. Using Appropriate Functional Forms for Continuous Variables and Improving Predictive Accuracy in Developing the Risk Model of Clostridium Difficile Infection.  Journal of Data Science 10 (1), 37-49

65.  **Dubberke ER**, Nyazee HA, Yokoe DS, Mayer J, Mangino J, Khan YM, Fraser VJ. Implementing Automated Surveillance for Tracking *Clostridium difficile* Infection at Multiple Healthcare Facilities. Infect Control Hosp Epidemiol. 2012 Mar;33(3):305-8. **PMCID: PMC3649760**

66.  Kasper AM, Nyazee HA, Yokoe DS, Mayer J, Mangino J, Hota B, Khan YM, Fraser VJ, **Dubberke ER**. A Multicenter Study of *Clostridium difficile* Infection-Related Colectomy, 2000-2006. Infect Control Hosp Epidemiol. 2012 May;33(5):470-6. **PMCID: PMC3657463**

67.  **Dubberke ER**, Olsen MA. Burden of *Clostridium difficile* on the Healthcare System. Clin Infect Dis. 2012. 55(S2):S88-92. **PMCID: PMC3388018**

68.  **Dubberke ER**. Clostridium difficile infection: The scope of the problem. J Hosp Med. 2012 Mar;7 Suppl 3:S1-4. **PMCID: Not applicable**

69.  **Dubberke ER**. Strategies for the prevention of *Clostridium difficile* Infection. J Hosp Med. 2012 Mar;7 Suppl 3:S4-7. **PMCID: Not applicable**

70.  Winston DJ, Saliba F, Blumberg E, Abouljoud M, Garcia-Diaz JB, Goss JA, Clough L, Avery R, Limaye AP, Ericzon BG, Navasa M, Troisi RI, Chen H, Villano SA, Uknis ME; **1263-301 Clinical Study Group.** Efficacy and safety of maribavir dosed at 100 mg orally twice daily for the prevention of cytomegalovirus disease in liver transplant recipients: a randomized, double-blind, multicenter controlled trial. Am J Transplant. 2012 Nov;12(11):3021-30. Epub 2012 Sep 4. **PMCID: Not applicable**

71.  Kamboj M, Son C, Cantu S, Chemaly RF, Dickman J, **Dubberke E**, Engles L, Lafferty T, Liddell G, Lesperance ME, Mangino JE, Martin S, Mayfield J, Mehta SA, O'Rourke S, Perego CS, Taplitz R, Eagan J, Sepkowitz KA. Hospital-onset Clostridium difficile infection rates in persons with cancer or hematopoietic stem cell transplant: a C3IC network report. Infect Control Hosp Epidemiol. 2012 Nov;33(11):1162-5. Epub 2012 Sep 24. **PMCID: 3670420**

72.  Baden LR, Bensinger W, Angarone M, Casper C, **Dubberke ER**, Freifeld AG, Garzon R, Greene JN, Greer JP, Ito JI, Karp JE, Kaul DR, Key E, Mackler E, Marr KA, Montoya JG, Morris-Engemann A, Pappas PG, Rolston K, Segal B, Seo SK, Swaminathan S, Naganuma M, Shead DA. Prevention and treatment of cancer-related infections. J Natl Compr Canc Netw. 2012 Nov 1;10(11):1412-45. **PMCID: Not applicable**

73.  Westblade LF, Chamberland RR, Collins R, **Dubberke ER**, Dunne WM, Burnham CD. Development and evaluation of a novel, semi-automated *Clostridium difficile* typing platform. J Clin Microbiol. 2012 Nov 21. [Epub ahead of print]. **PMCID: 3553927**

74.  Hink T, Burnham CD, **Dubberke ER**. A systematic evaluation of methods to optimize culture-based recovery of *Clostridium difficile* from stool specimens. Anaerobe. Anaerobe. 2012 Dec 13. Epub ahead of print]. **PMCID: 4146438**

75.  Bobo LD, El Feghaly RE, Chen YS, **Dubberke ER**, Han Z, Baker A, Li J, Burnham CA, Haslam DB. MK2 Kinase Contributes to Clostridium difficile-Associated Inflammation. Infect Immun. 2012 Dec 21. [Epub ahead of print]. **PMCID: 3584893**

76.  **Dubberke ER**, Burdette SD; AST Infectious Diseases Community of Practice. Clostridium difficile infections in solid organ transplantation. Am J Transplant. 2013 Mar;13 Suppl 4:42-9. **PMCID: Not applicable**

77.  Micek ST, Schramm G, Morrow L, Frazee E, Personett H, Doherty JA, Hampton N, Hoban A, Lieu A, McKenzie M, **Dubberke ER**, Kollef MH. Clostridium difficile infection: a multicenter study of epidemiology and outcomes in mechanically ventilated patients. Crit Care Med. 2013 Aug;41(8):1968-75. **PMCID: Not applicable**

78. Honda H, Yamazaki A, Sato Y, **Dubberke ER**. Incidence and mortality associated with Clostridium difficile infection at a Japanese tertiary care center. Anaerobe. 2013 Nov 1. doi:pii: S1075-9964(13)00171-6. 10.1016/j.anaerobe.2013.10.004. [Epub ahead of print]. **PMCID: Not applicable**

79. Honda H, **Dubberke ER**. The Changing Epidemiology of *Clostridium difficile* Infection. Curr Opin Gastroentero. 2014 Jan;30(1):54-62. **PMCID: Not applicable**

80. Zilberberg MD, Reske KA, Olsen MA, Yan Y, **Dubberke ER**. Development and Validation of a Recurrent *Clostridium difficile* Infection Risk Prediction Model. J Hosp Medicine. 2014 Apr 4. doi: 10.1002/jhm.2189. [Epub ahead of print]. **PMCID: Not applicable**

81. Yokoe DS, Anderson DJ, Berenholtz SM, Calfee DP, **Dubberke ER**, Ellingson K, Gerding DN, Haas J, Kaye KS, Klompas M, Lo E, Marschall J, Mermel LA, Nicolle L, Salgado C, Bryant K, Classen D, Crist K, Foster N, Humphreys E, Padberg J, Podgorny K, Vanamringe M, Weaver T, Wise R, Maragakis LL. Introduction to "A Compendium of Strategies To Prevent Healthcare-Associated Infections in Acute Care Hospitals: 2014 updates". Infect Control Hosp Epidemiol. 2014 May;35(5):455-9. doi: 10.1086/675819. **PMCID: Not applicable**

82. Alasmari F, Seiler SM, Hink T, Burnham CD, **Dubberke ER**. Prevalence and risk factors for asymptomatic *Clostridium difficile* carriage. Clin Infect Dis. 2014 Jul 15; 59(2)216-22. **PMCID: PMC4133563**

83. **Dubberke ER**, Carling P, Carrico R, Donskey CJ, Loo VG, McDonald LC, Maragakis LL, Sandora TJ, Weber DJ, Yokoe DS, Gerding DN. Strategies to prevent Clostridium difficile infections in acute care hospitals: 2014 Update. Infect Control Hosp Epidemiol. 2014 Jun;35(6):628-45. doi: 10.1086/676023

84. Zilberberg M, Reske K, Olsen M, Yan Y, **Dubberke E.** Risk factors for recurrent *Clostridium difficile* infection (CDI) hospitalization among hospitalized patients with an initial CDI episode: a retrospective cohort. BMC Infect Dis. 2014 Jun 4;14:306. doi: 10.1186/1471-2334-14-306. **PMCID: Not applicable**

85. Honda H, **Dubberke ER**. Clostridium difficile infection in solid organ transplant recipients. Curr Opin Infect Dis. 2014 Aug;27(4):336-41. doi: 10.1097/QCO.0000000000000075. **PMCID: Not applicable**

86. Lanzas C, **Dubberke ER**. Effectiveness of Screening Hospital Admissions to Detect Asymptomatic Carriers of Clostridium difficile: A Modeling Evaluation. Infect Control Hosp Epidemiol. 2014 Aug;35(8):1043-50. doi: 10.1086/677162. Epub 2014 Jun 20. **PMCID: pending**

87. Gupta SB, **Dubberke ER**. Overview and changing epidemiology of *Clostridium difficile* infection. Seminars in Colon and Rectal Surgery. 2014; 25: 118-123 **PMCID: Not applicable**

88. Zhou Y, Burnham CA, Hink T, Chen L, Shaikh N, Wollam A, Sodergren E, Weinstock GM, Tarr PI, **Dubberke ER**. Phenotypic and genotypic analysis of *Clostridium difficile* isolates: a single center study. J Clin Microbiol. 2014 Oct 1. pii: JCM.02115-14. [Epub ahead of print] **PMCID: pending**

89. Echaiz JF, Veras L, Zervos M, **Dubberke E**, Johnson L. Hospital roommates and development of health care-onset Clostridium difficile infection. Am J Infect Control. 2014 Oct;42(10):1109-11. doi: 10.1016/j.ajic.2014.06.023.

90. **Dubberke ER,** Schaefer E, Reske KA, Zilberberg M, Hollenbeak CS, Olsen MA . Attributable Costs of Recurrent *Clostridium difficile* Infections. Infect Control Hosp Epidemiol. Accepted. **PMCID: pending.**

91. Olsen MA, Yan Y, Reske KA, Zilberberg MD, **Dubberke ER**. Recurrent *Clostridium difficile* infection is associated with increased mortality. Clin Microbiol Infect. 2015 Feb;21(2):164-70. **PMCID: Not applicable**.

92. Kwon JH, Olsen MA, **Dubberke ER**. The morbidity, mortality, and costs associated with *Clostridium difficile* infection. Infect Dis Clin North Am. 2015 Mar;29(1):123-34. **PMCID: Not applicable**.

93. Olsen MA, Yan Y, Reske KA, Zilberberg M, **Dubberke ER**. Impact of *Clostridium difficile* recurrence on hospital readmissions. Am J Infect Control. 2015 Apr 1;43(4):318-22. **PMCID: Not applicable**.

94. Saeed MJ, **Dubberke ER**, Fraser VJ, Olsen MA. Procedure-specific surgical site infection incidence varies widely within certain National Healthcare Safety Network surgery groups. Am J Infect Control. 2015 Mar 26. pii: S0196-6553(15)00108-X. doi: 10.1016/j.ajic.2015.02.012. [Epub ahead of print]. **PMCID: Not applicable**.

95. Saint S, Fowler KE, Krein SL, Ratz D, Flanders SA, **Dubberke ER**, Greene MT. *Clostridium difficile* Infection in the United States: A National Study Assessing Preventive Practices Used and Perceptions of Practice Evidence. Infect Control Hosp Epidemiol. 2015 Apr 21:1-3. [Epub ahead of print]. **PMCID: pending**.

96. Young-Xu Y,Kuntz JL, Neily J, Mills P, Gerding DN, **Dubberke ER**, Olsen MA, Kelly CP, Felter CT,Mahé C. *Clostridium difficile* Infection among Veterans Health Administration Patients. Infect Control Hosp Epidemiol. 2015 Jun 5:1-8. **PMCID: Not applicable**.

97. **Dubberke ER**, Reske KA, Seiler S, Hink T, Kwon JH, Burnham CD. Risk Factors for Acquisition and Loss of *Clostridium difficile* Colonization in Hospitalized Patients. Antimicrobial Agents and Chemotherapy. 2015 Aug; 59(8):4533-43. **PMCID: pending**.

98. Morgan DJ, Leekha S, Croft L, Burnham CA, Johnson JK, Pineles L, Harris AD, **Dubberke ER**. The Importance of Colonization with Clostridium difficile on Infection and Transmission. Curr Infect Dis Rep. 2015 Sep;17(9):499. **PMCID: Not applicable**.

99. Gonzalez MD, Wallace MA, Hink T, **Dubberke ER**, Burnham CD. Evaluation of ceftolozane/tazobactam activity against phylogenetically diverse Clostridium difficile strains. Antimicrob Agents Chemother. 2015 Nov;59(11):7084-5. [Epub ahead of print] **PMCID: Not applicable**.

100. Kwon JH, Bommarito KM, Reske KA, Seiler SM, Hink T, Babcock H, Kollef MH, Fraser VJ, Burnham CD, **Dubberke ER**. Randomized Controlled Trial to Determine the Impact of Probiotic Administration on Colonization with Multidrug-Resistant Organisms in Critically Ill Patients. Infection Control and Hospital Epidemiology. 2015 Dec;36(12):1451-4.

101. **Dubberke ER**, Burnham CD. Diagnosis of *Clostridium difficile* Infection: Treat the Patient, Not the Test. JAMA Internal Medicine. 2015 Nov;175(11):1801-2.

102. Young JA, Logan BR, Wu J, Wingard JR, Weisdorf DJ, Mudrick C, Knust K, Horowitz MM, Confer DL, **Dubberke ER**, Pergam SA, Marty FM, Strasfeld LM, Brown JW, Langston AA, Schuster MG, Kaul DR, Martin SI, Anasetti C; Blood and Marrow Transplant Clinical Trials Network Trial 0201. Infections after Transplantation of Bone Marrow or Peripheral Blood Stem Cells from Unrelated Donors. Biol Blood Marrow Transplant. 2016 Feb;22(2):359-70.

103. Orenstein R, **Dubberke ER**, Hardi R, Ray A, Mullane K, Pardi DS, Ramesh MS; PUNCH CD Investigators. Safety and Durability of RBX2660 (Microbiota Suspension) for Recurrent Clostridium difficile Infection: Results of the PUNCH CD Study. Clin Infect Dis. 2016 Mar 1;62(5):596-602.

104. Burnham CA, **Dubberke ER**, Kociolek LK, Polage CR, Riley TV. Clostridium difficile-Diagnostic and Clinical Challenges. Clin Chem. 2016 Feb;62(2):310-4.

105. **Dubberke ER**, Olsen MA, Stwalley D, Kelly CP, Gerding DN, Young-Xu Y, Mahé C. Identification of Medicare Recipients at Highest Risk for Clostridium difficile Infection in the US by Population Attributable Risk Analysis. PLoS One. 2016 Feb 9;11(2):e0146822.

106. Durham DP, Olsen MA, **Dubberke ER**, Galvani AP, Townsend JP. Quantifying Transmission of Clostridium difficile within and outside Healthcare Settings. Emerg Infect Dis. 2016 Apr;22(4):608-16.

107. Olsen MA, Young-Xu Y, Stwalley D, Kelly CP, Gerding DN, Saeed MJ, Mahe C, **Dubberke ER**. The Burden of Clostridium difficile Infection: Estimates of the Incidence of CDI from U.S. Administrative Databases. BMC Infectious Diseases. 2016 Apr 22; 16:177.

108. **Dubberke ER**, Mullane KM, Gerding DN, Lee CH, Louie TJ, Guthertz H, Jones C. Clearance of Vancomycin-Resistant *Enterococcus* Concomitant with Administration of a Microbiota-based Drug Targeted at Recurrent *Clostridium difficile* Infection. Open Forum Infect Dis. 2016. doi: 10.1093/ofid/ofw133. First published online: June 19, 2016

109. Desai K, Supta S, **Dubberke ER**, Prabhu VS, Browne C, Mast TC. Epidemiological and economic burden of Clostridium difficile in the United States: estimates from a modeling approach. BMC Infectious Diseases. 2016 Jun 18; 16:303.

110. Gupta SB, Mehta V, **Dubberke ER**, Zhao X, Dorr MB, Guris D, Molrine D, Leney M, Miller M, Dupin M, Mast TC. Antibodies to Toxin B are Protective Against Clostridium difficile Infection Recurrence. Clin Infect Dis. 2016 Sep 15:63(6):730-4.

111. Baden LR, Swaminathan S, Angarone M, Blouin G, Camins BC, Casper C, Cooper B, **Dubberke ER**, Engemann AM, Freifeld AG, Greene JN, Ito JI, Kaul DR, Lustberg ME, Montoya JG, Rolston K, Satyanarayana G, Segal B, Seo SK, Shoham S, Taplitz R, Topal J, Wilson JW, Hoffman KG, Smith C. Prevention and Treatment of Cancer-Related Infections, Version 2.2016, NCCN Clinical Practice Guidelines in Oncology. J Natl Compr Canc Netw. 2016 Jul;14(7):882-913.

112. Goldsmith SR, Slade M, DiPersio JF, Westervelt P, Lawrence SJ, Uy GL, Abboud CN, Vij R, Schroeder MA, Fehniger TA, **Dubberke ER**, Trinkaus K, Romee R. Cytomegalovirus viremia,

disease, and impact on relapse in T-cell replete peripheral blood haploidentical hematopoietic cell transplantation with post-transplant cyclophosphamide. Haematologica. 2016 Jul 21. pii: haematol.2016.149880.

113. Kwon JH, Lanzas C, Reske KA, Hink T, Seiler SM, Bommarito KM, Burnham CD, **Dubberke ER**. An Evaluation of Food as a Potential Source for Clostridium difficile Acquisition in Hospitalized Patients. Infect Control Hosp Epidemiol. 2016 Dec;37(12):1401-1407.

114. Wilcox MH, Gerding DN, Poxton IR, Kelly C, Nathan R, Birch T, Cornely OA, Rahav G, Bouza E, Lee C, Jenkin G, Jensen W, Kim YS, Yoshida J, Gabryelski L, Pedley A, Eves K, Tipping R, Guris D, Kartsonis N, Dorr MB; MODIFY I and **MODIFY II Investigators**. Bezlotoxumab for Prevention of Recurrent Clostridium difficile Infection. N Engl J Med. 2017 Jan 26;376(4):305-317.

115. Kwon JH, Reske KA, Hink T, Burnham CA, **Dubberke ER**. Evaluation of Correlation between Pretest Probability for Clostridium difficile Infection and Clostridium difficile Enzyme Immunoassay Results. J Clin Microbiol. 2017 Feb;55(2):596-605. doi: 10.1128/JCM.02126-16.

116. Slade M, Goldsmith S, Romee R, DiPersio JF, **Dubberke ER**, Westervelt P, Uy GL, Lawrence SJ. Epidemiology of infections following haploidentical peripheral blood hematopoietic cell transplantation. Transpl Infect Dis. 2017 Feb;19(1).

117. **Dubberke ER**, Reske KA, Olsen MA, Bommarito K, Seiler S, Silveira FP, Chiller TM, Dipersio J, Fraser VJ. Risk for Clostridium difficile Infection after Allogeneic Hematopoietic Cell Transplant Remains Elevated in the Postengraftment Period. Transplantation Direct. 2017. Transplant Direct. 2017 Mar 17;3(4):e145.

118. Schuster MG, Cleveland AA, **Dubberke ER**, Kauffman CA, Avery RK, Husain S, Paterson DL, Silveira FP, Chiller TM, Benedict K, Murphy K, Pappas PG. Infections in Hematopoietic Cell Transplant Recipients: Results from The Organ Transplant Infection Project (OTIP), a Multi-Center, Prospective, Cohort Study. Open Forum Infect Dis. 2017 Mar 22;4(2)

119. Kwon JH, Burnham CD, Reske KA, Liang SY, Hink T, Wallace MA, Shupe A, Seiler S, Cass C, Fraser VJ, **Dubberke ER**. Assessment of Healthcare Worker Protocol Deviations and Self-Contamination During Personal Protective Equipment Donning and Doffing. Infect Control Hosp Epidemiol. 2017. Jun 13:1-7

120. Walker T, Ciorba M, **Dubberke ER**. Reducing Fluoroquinolone Use Is a Key Step in Controlling the Burden of Clostridium difficile Infection. Gastroenterology. 2017 Aug;153(2):606-607.

121. Escobar GJ, Baker JM, Kipnis P, Greene JD, Mast TC, Dupta SB, Cossrow N, Mehta V, Liu V, **Dubberke ER**. Prediction of Recurrent *Clostridium difficile* Infection Using Comprehensive Electronic Medical Records in an Integrated Healthcare Delivery System. Infect Control Hosp Epidemiol. 2017 Aug 24:1-8. doi: 10.1017/ice.2017.176. [Epub ahead of print]

122. Lewis B, Carter R, Ling L, Leiner I, Taur Y, Kamboj M, **Dubberke E**, Xavier J, Pamer E. Pathogenicity locus, core genome and accessory gene contributions to Clostridium difficile virulence. mBio. 2017 Aug 8;8(4). pii: e00885-17. doi: 10.1128/mBio.00885-17.

123. Prabhu VS, Cornely OA, Golan Y, **Dubberke ER**, Heimann SM, Hanson ME, Liao J, Pedley A, Dorr MB, Marcella S. Thirty-day Readmissions in Hospitalized Patients who Received Bezlotoxumab with Antibacterial Drug Treatment for *Clostridium difficile* Infection. Clin Infect Dis. 2017 Oct 1; (65)7:1218-1221

124. Kwon JH, Reske KA, Hink T, Seiler SM, Wallace MA, Bommarito KM, Burnham CD, **Dubberke ER**. An Evaluation of the Prevalence of Vancomycin-Resistant Enterococci (VRE) and Methicillin-Resistant Staphylococcus aureus (MRSA) in Hospital Food. Infect Control Hosp Epidemiol. 2017 Nov;38(11):1373-1375

125. O'Halloran JA, Franklin A, Lainhart W, Burnham CA, Powderly W, **Dubberke ER**. Pitfalls Associated With the Use of Molecular Diagnostic Panels in the Diagnosis of Cryptococcal Meningitis. Open Forum Infect Dis. 2017 Nov 3;4(4)

126. Prabhu VS, **Dubberke ER**, Dorr MB, Elbasha E, Cossrow N, Jiang Y, Marcella S. Cost-effectiveness of Bezlotoxumab Compared with Placebo for the Prevention of Recurrent *Clostridium difficile* Infection. Clin Infect Dis. 2018 Jan 18;66(3):355-362

127. Mejia-Chew C, **Dubberke ER**. Clostridium difficile control measures: current and future methods for prevention. Expert Rev Anti Infect Ther. 2018 Feb;16(2):121-131.

128. **Dubberke ER**, Reske KA, Olsen MA, Bommarito K, Cleveland AA, Silveira FP, Schuster MG, Kauffman CA, Avery RK, Pappas PG, Chiller TM. Epidemiology and Outcomes of Clostridium difficile Infection in Allogeneic Hematopoietic Cell and Lung Transplant Recipients. Transpl Infect Dis. 2018 Feb 10.

129. McDonald LC, Gerding DN, Johnson S, Bakken JS, Carroll KC, Coffin SE, **Dubberke ER**, Garey KW, Gould CV, Kelly C, Loo V, Shaklee Sammons J, Sandora TJ, Wilcox MH. Clinical Practice Guidelines for Clostridium difficile Infection in Adults and Children: 2017 Update by the Infectious Diseases Society of America (IDSA) and Society for Healthcare Epidemiology of America (SHEA). Clin Infect Dis. 2018 Mar 19;66(7):987-994

130. Mullane K, Winston DJ, Nooka A, Morris MI, Stiff P, Dugan MJ, Holland H, Gregg K, Adachi JA, Pergam SA, Alexander BD, **Dubberke ER**, Broyde N, Sears PS. A Randomized, Placebo-Controlled Trial of Fidaxomicin for Prophylaxis of Clostridium difficile Associated Diarrhea in Adults undergoing Hematopoietic Stem Cell Transplantation. Clin Infect Dis. 2018 June 9

131. Avery RK, Silveira FP, Benedict K, Cleveland AA, Kauffman CA, Schuster MG, **Dubberke ER**, Husain S, Paterson DL, Chiller T, Pappas P. Cytomegalovirus infections in lung and hematopoietic cell transplant recipients in the Organ Transplant Infection Prevention and Detection Study: A multi-year, multicenter prospective cohort study. Transpl Infect Dis. 2018 Jun;20(3):e12877.

132. Gerding DN, Kelly CP, Rahav G, Lee C, **Dubberke ER**, Kumar PN, Yacyshyn B, Kao D, Eves K, Ellison MC, Hanson ME, Guris D, Dorr MB. Bezlotoxumab for Prevention of Recurrent Clostridium difficile Infection in Patients at Increased Risk for Recurrence. Clin Infect Dis. 2018 Aug 16;67(5):649-656.

133. Yarbrough ML, Kwon JH, Wallace MA, Hink T, Shupe A, Fraser VJ, **Dubberke ER**, Burnham CA. Frequency of Instrument, Environment, and Laboratory Technologist Contamination during Routine Diagnostic Testing of Infectious Specimens. J Clin Microbiol. 2018 May 25;56(6)

134. **Dubberke ER**, Lee CH, Orenstein R, Khanna S, Hecht G, Gerding DN. Results From a Randomized, Placebo-Controlled Clinical Trial of a RBX2660-A Microbiota-Based Drug for the Prevention of Recurrent Clostridium difficile Infection. Clin Infect Dis. 2018 Sep 28;67(8):1198-1204.

135. Olsen MA, Stwalley D, Demont C, **Dubberke ER**. Increasing Age Has Limited Impact on Risk of Clostridium difficile Infection in an Elderly Population. Open Forum Infect Dis. 2018 Jul 19;5(7):ofy160.

136. **Dubberke ER**, Blount K, Gerding DN. Reply to Million et al. Clin Infect Dis. 2018 Nov 13;67(11):1799-1800

137. Durkin MJ, Keller M, Butler AM, Kwon JH, **Dubberke ER**, Miller AC, Polgreen PM, Olsen MA. An Assessment of Inappropriate Antibiotic Use and Guideline Adherence for Uncomplicated Urinary Tract Infections. Open Forum Infect Dis. 2018 Aug 10;5(9):ofy198

138. **Dubberke ER**, Reske KA, Hink T, Kwon JH, Cass C, Bongu J, Burnham CD, Henderson JP. Clostridium difficile colonization among patients with clinically significant diarrhea and no identifiable cause of diarrhea. Infect Control Hosp Epidemiol. 2018 Nov;39(11):1330-1333

139. Olsen MA, Stwalley D, Demont C, **Dubberke ER**. Clostridium difficile infection increases acute and chronic morbidity and mortality. Infect Control Hosp Epidemiol. 2018 Nov 9:1-7.

140. Ma J, **Dubberke ER**. Current management of Clostridioides (Clostridium) difficile infection in adults: a summary of recommendations from the 2017 IDSA/SHEA clinical practice guideline. Pol Arch Intern Med. 2018 Nov 20.

141. Basu A, Prabhu VS, Dorr MB, Golan Y, **Dubberke ER**, Cornely OA, Heimann SM, Pedley A, Xu R, Hanson ME, Marcella S. Bezlotoxumab Is Associated With a Reduction in Cumulative Inpatient-Days: Analysis of the Hospitalization Data From the MODIFY I and II Clinical Trials. Open Forum Infect Dis. 2018 Nov 15;5(11):ofy218.

142. Bulow C, Langdon A, Hink T, Wallace M, Reske KA, Patel S, Sun X, Seiler S, Jones S, Kwon JH, Burnham CA, Dantas G, **Dubberke ER**. Impact of Amoxicillin-Clavulanate followed by Autologous Fecal Microbiota Transplantation on Fecal Microbiome Structure and Metabolic Potential. mSphere. 2018 Nov 21;3(6)

143. Kato H, Senoh M, Honda H, Fukuda T, Tagashira Y, Horiuchi H, Chiba H, Suzuki D, Hosokawa N, Kitazono H, Norisue Y, Kume H, Mori N, Morikawa H, Kashiwagura S, Higuchi A, Kato H, Nakamura M, Ishiguro S, Morita S, Ishikawa H, Watanabe T, Kojima K, Yokomaku I, Bando T, Toimoto K,

Moriya K, Kasahara K, Kitada S, Ogawa J, Saito H, Tominaga H, Shimizu Y, Masumoto F, Tadera K, Yoshida J, Kikuchi T, Yoshikawa I, Watanabe T, Honda M, Yokote K, Toyokawa T, Miyazato H, Nakama M, Mahe C, Reske K, Olsen MA, **Dubberke ER**. *Clostridioides (Clostridium) difficile* infection burden in Japan: A multicenter prospective study. Anaerobe. 2019 Mar 12. pii: S1075-9964(19)30046-0. doi: 10.1016/j.anaerobe.2019.03.007. [Epub ahead of print]

144. Pande A, **Dubberke ER**. Cytomegalovirus Infections of the Stem Cell Transplant Recipient and Hematologic Malignancy Patient. Infect Dis Clin North Am. 2019 Jun;33(2):485-500.

145. Mullane KM, **Dubberke ER**; AST ID Community of Practice. Management of Clostridioides (formerly Clostridium) difficile infection (CDI) in solid organ transplant recipients: Guidelines from the American Society of Transplantation Community of Practice. Clin Transplant. 2019 Apr 19:e13564. doi: 10.1111/ctr.13564. [Epub ahead of print]

146. Kutty PK, Beekmann SE, Sinkowitz-Cochran RL, **Dubberke ER**, Kuhar DT, McDonald LC, Polgreen PM. A national survey of testing and management of asymptomatic carriage of C. difficile. Infect Control Hosp Epidemiol. 2019 Jul;40(7):801-803. doi: 10.1017/ice.2019.109. Epub 2019 May 20.

147. Wilcox MH, Rahav G, **Dubberke ER**, Gabryelski L, Davies K, Berry C, Eves K, Ellison MC, Guris D, Dorr MB. Influence of Diagnostic Method on Outcomes in Phase 3 Clinical Trials of Bezlotoxumab for the Prevention of Recurrent Clostridioides difficile Infection: A Post Hoc Analysis of MODIFY I/II. Open Forum Infect Dis. 2019 Aug 1;6(8). pii: ofz293. doi: 10.1093/ofid/ofz293.

148. Robinson JI, Weir WH, Crowley JR, Hink T, Reske KA, Kwon JH, Burnham CD, **Dubberke ER**, Mucha PJ, Henderson JP. Metabolomic networks connect host-microbiome processes to human Clostridioides difficile infections. J Clin Invest. 2019 Aug 12;130. pii: 126905. doi: 10.1172/JCI126905. eCollection 2019 Aug 12.


<u>Books and Chapters</u>

1. **Dubberke ER,** Cabellon MCL. The Washington Manuel Infectious Diseases Subspecialty Consult. 1st ed. Lippincott Williams and Wilkins.  2005. Chapter, Febrile Syndromes

2. **Dubberke ER**. The Washington Manuel Infectious Diseases Subspecialty Consult. 1st ed. Lippincott Williams and Wilkins.  2005. Chapter, Bacteremia and Sepsis

3. **Dubberke ER**. The Washington Manuel Infectious Diseases Subspecialty Consult. 1st ed. Lippincott Williams and Wilkins.  2005. Chapter, Oncologic Infections

4. **Dubberke ER**. The Washington Manuel Infectious Diseases Subspecialty Consult. 1st ed. Lippincott Williams and Wilkins.  2005. Chapter, Bone Marrow Transplant Infections

5. **Dubberke ER**. The Washington Manuel Infectious Diseases Subspecialty Consult. 1st ed. Lippincott Williams and Wilkins.  2005. Chapter, Solid Organ Transplant Infections

6. **Dubberke ER**. The Washington Manuel Infectious Diseases Subspecialty Consult. 1st ed. Lippincott Williams and Wilkins.  2005. Chapter, Protozoa

7. **Dubberke ER**. The Washington Manuel Infectious Diseases Subspecialty Consult. 1st ed. Lippincott Williams and Wilkins.  2005. Chapter, Travel Medicine

8. **Dubberke ER**, Fraser VJ. Blueprints in Infectious Diseases. Blackwell Publishers. 2006. Chapter. Prevention of Infection

9. **Dubberke ER**. Infectious Diseases in Emergency Medicine. 1st ed. Cambridge University Press. 2008. Chapter, Infections in Oncology Patients

10. Faller B. **Dubberke ER.** The Washington Manual: General Internal Medicine Consult. 2nd ed. Lippincott Williams and Wilkins. 2009. Chapter, Neutropenic Fever

11. **Dubberke ER**, Brennan D. Suki and Masry's Therapy of Renal Diseases and Related Disorders. 4th ed. Springer. 2010. Chapter, Infectious Complications in Renal Transplant Recipients

12. Bobo LD, **Dubberke ER**. Washington Manual of Critical Care. 2nd ed. Lippincott Williams & Wilkins. 2011. Chapter, *Clostridium difficile* and Other Infectious Causes of Diarrhea

13. **Dubberke ER**, Donskey C. Contemporary Diagnosis and Management of *Clostridium difficile* Infection. Handbooks in Health Care Company. 2012

14. Ward S, **Dubberke ER**. Transplant Infections. ESun Technologies, LLC. 2012. Chapter, *Clostridium difficile*

15. Han Z. **Dubberke ER.** The Washington Manual: Infectious Diseases Subspecialty Consult. 2nd ed. . Lippincott Williams and Wilkins. 2013, Chapter Infections of the Gastrointestinal and Hepatobiliary Tract

16. Blanco-Guzman. MO, **Dubberke ER.** The Washington Manual: General Internal Medicine Consult. 3rd ed. Lippincott Williams and Wilkins. 2017. Chapter, Neutropenic Fever
17. Kwon JH, **Dubberke ER**. Practical Handbook for Healthcare Epidemiology. 4th ed. Cambridge University Press. 2017. Chapter, *Clostridium difficile* Infection
18. Nazinitski A. **Dubberke ER**. Infectious Diseases in Emergency Medicine. 2nd ed. Cambridge University Press. 2018. Chapter, Infections in Oncology Patients

EXHIBIT B

Erik Dubberke, list of cases testified, 2015-2019

| Case | Law Firm | Type of Case | Side | Year testified |
|------|----------|--------------|------|----------------|
| Corso v Bormes | Hepler Broom | Malpractice | Defendant | 2015 |
| Sams v Mercy | Haden Cowherd Bullock | Malpractice | Defendant | 2016 |
| Rausch v SAMC | Sandber Phoenix and von Gontard | Malpractice | Defendant | 2016 |
| Hunt v Jenkins | Haden Cowherd Bullock | Malpractice | Defendant | 2017 |
| Krawetzki v Osborn | Jackson and Campbell | Malpractice | Defendant | 2018 |
| Gust v Rush | Swanson, Martin and Bell | Malpractice | Defendant | 2019 |
| Cameron v Mobile infirmary | Helmsing Leach | Malpractice | Defendant | 2019 |
| Stallworth | Marsh Rickard Bryan | Malpractice | Plaintiff | 2019 |
| Harris v Lange | Sandber Phoenix and von Gontard | Malpractice | Defendant | 2019 |
| Herman v Williams | Hodgkin Street Mepham | Malpractice | Defendant | 2019 |

EXHIBIT 2



**FORMS - FILED**                                                              JULY 6, 2006
**FROM**:  LARRY PODOSHEN, SENIOR ANALYST

COMMERCIAL PROPERTY          LI-CF-2006-175

# NEW ENDORSEMENTS FILED TO ADDRESS EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA

**This circular announces the submission of forms filings to address exclusion of loss due to disease-causing agents such as viruses and bacteria.**

## BACKGROUND

Commercial Property policies currently contain a pollution exclusion that encompasses contamination (in fact, uses the term *contaminant* in addition to other terminology).  Although the pollution exclusion addresses contamination broadly, viral and bacterial contamination are specific types that appear to warrant particular attention at this point in time.

## ISO ACTION

We have submitted forms filing CF-2006-OVBEF in all ISO jurisdictions and recommended the filing to the independent bureaus in other jurisdictions.  This filing introduces new endorsement CP 01 40 07 06 - Exclusion Of Loss Due To Virus Or Bacteria, which states that there is **no coverage for loss or damage caused by or resulting from any virus, bacterium or other microorganism that induces or is capable of inducing physical distress, illness or disease**.

**Note:**  In Alaska, District of Columbia, Louisiana*, New York and Puerto Rico, we have submitted a different version of this filing, containing new endorsement CP 01 75 07 06 in place of CP 01 40.  The difference relates to lack of implementation of the mold exclusion that was implemented in other jurisdictions under a previous multistate filing.

Both versions of CF-2006-OVBEF are attached to this circular.

* In Louisiana, the filing was submitted as a recommendation to the Property Insurance Association of Louisiana (PIAL), the independent bureau with jurisdiction for submission of property filings.

## PROPOSED EFFECTIVE DATE

Filing CF-2006-OVBEF was submitted with a proposed effective date of January 1, 2007, in accordance with the applicable effective date rule of application in each state, with the exception of various states for which the insurer establishes its own effective date.

Upon approval, we will announce the actual effective date and state-specific rule of effective date application for each state.

## RATING SOFTWARE IMPACT

New attributes being introduced with this revision:

- A new form is being introduced.

## CAUTION

This filing has <u>not</u> yet been approved. If you print your own forms, do <u>not</u> go beyond the proof stage until we announce approval in a subsequent circular.

## RELATED RULES REVISION

We are announcing in a separate circular the filing of a corresponding rules revision. Please refer to the **Reference(s)** block for identification of that circular.

## REFERENCE(S)

LI-CF-2006-176 (7/6/06) - New Additional Rule Filed To Address Exclusion Of Loss Due To Virus Or Bacteria

## ATTACHMENT(S)

- Multistate Forms Filing CF-2006-OVBEF

- State-specific version of Forms Filing CF-2006-OVBEF (Alaska, District of Columbia, Louisiana, New York, Puerto Rico)

We are sending these attachments only to recipients who asked to be put on the mailing list for attachments. If you need the attachments for this circular, contact your company's circular coordinator.

## PERSON(S) TO CONTACT

If you have any questions concerning:

- the content of this circular, please contact:

  Larry Podoshen
  Senior Analyst
  Commercial Property
  (201) 469-2597          Fax: (201) 748-1637
  comfal@iso.com
  lpodoshen@iso.com

  or

  Loretta Newman, CPCU
  Manager
  Commercial Property
  (201) 469-2582          Fax: (201) 748-1873
  comfal@iso.com
  lnewman@iso.com

© ISO Properties, Inc., 2006

- the **mailing or distribution** of this circular, please contact our Customer Service Division:

  | | |
  |---|---|
  | E-mail: | info@iso.com |
  | Fax: | 201-748-1472 |
  | Phone: | 800-888-4476 |
  | World Wide Web: | http://www.iso.com |
  | Write: | See address on page 1 |

- products or services, please call or e-mail ISO Customer Service, or call your ISO representative.

Callers outside the United States may contact us using our global toll-free number (International Access Code + 800 48977489) or by e-mail at info.global@iso.com.  For information on all ISO products, visit us at http://www.iso.com.

© ISO Properties, Inc., 2006



**IMPORTANT NOTICE FOR USERS OF
<u>ISO PRODUCTS AND SERVICES</u>**

<u>Please make sure that your company has authorized your use of this product and has complied with the requirements applicable in the jurisdiction where you plan to use it.</u>

We distribute both state-specific and multi-state products and services. We do not distribute all the multi-state products and services for use in every jurisdiction due to corporate policy, regulatory preference, or variations or lack of clarity in state laws.

We provide participating insurers with information concerning the jurisdictions for which our products and services are distributed. Even in those jurisdictions, each insurer must determine what filing requirements, if any, apply and whether those requirements have been satisfied.

Now, as in the past, all of our products and services are advisory, and are made available for optional use by participating insurers as a matter of individual choice. Your company must decide for itself which, if any, ISO products or services are needed or useful to its operation and how those selected for use should be applied. We urge that you be guided by the advice of your attorneys on the legal requirements.

**Copyright Explanation**

The material distributed by Insurance Services Office, Inc. is copyrighted. All rights reserved. Possession of these pages does not confer the right to print, reprint, publish, copy, sell, file, or use same in any manner without the written permission of the copyright owner. Permission is hereby granted to members, subscribers, and service purchasers to reprint, copy, or otherwise use the enclosed material for purposes of their own business use relating to that territory or line or kind of insurance, or subdivision thereof, for which they participate, provided that:

A.  where ISO copyrighted material is reprinted, copied, or otherwise used **as a whole**, it must reflect the copyright notice actually shown on such material.

B.  where ISO copyrighted material is reprinted, copied, or otherwise used **in part**, the following credit legend must appear at the bottom of each page so used:

    Includes copyrighted material of Insurance Services Office, Inc., with its permission.

© ISO Properties, Inc., 2006

# Amendatory Endorsement - Exclusion Of Loss Due To Virus Or Bacteria

## About This Filing

This filing addresses exclusion of loss due to disease-causing agents such as viruses and bacteria.

### New Form

We are introducing:

♦ Endorsement **CP 01 40 07 06** - Exclusion Of Loss Due To Virus Or Bacteria

## Related Filing(s)

Rules Filing CF-2006- OVBER

## Introduction

The current pollution exclusion in property policies encompasses contamination (in fact, uses the term *contaminant* in addition to other terminology). Although the pollution exclusion addresses contamination broadly, viral and bacterial contamination are specific types that appear to warrant particular attention at this point in time.

An example of bacterial contamination of a product is the growth of listeria bacteria in milk. In this example, bacteria develop and multiply due in part to inherent qualities in the property itself. Some other examples of viral and bacterial contaminants are rotavirus, SARS, influenza (such as avian flu), legionella and anthrax. The universe of disease-causing organisms is always in evolution.

Disease-causing agents may render a product impure (change its quality or substance), or enable the spread of disease by their presence on interior building surfaces or the surfaces of personal property. When disease-causing viral or bacterial contamination occurs, potential claims involve the cost of replacement of property (for example, the milk), cost of decontamination (for example, interior building surfaces), and business interruption (time element) losses.

© ISO Properties, Inc., 2006

# Current Concerns

Although building and personal property could arguably become contaminated (often temporarily) by such viruses and bacteria, the nature of the property itself would have a bearing on whether there is actual property damage.  An allegation of property damage may be a point of disagreement in a particular case.  In addition, pollution exclusions are at times narrowly applied by certain courts.  In recent years, ISO has filed exclusions to address specific exposures relating to contaminating or harmful substances.  Examples are the mold exclusion in property and liability policies and the liability exclusion addressing silica dust.  Such exclusions enable elaboration of the specific exposure and thereby can reduce the likelihood of claim disputes and litigation.

While property policies have not been a source of recovery for losses involving contamination by disease-causing agents, the specter of pandemic or hitherto unorthodox transmission of infectious material raises the concern that insurers employing such policies may face claims in which there are efforts to expand coverage and to create sources of recovery for such losses, contrary to policy intent.

In light of these concerns, we are presenting an exclusion relating to contamination by disease-causing viruses or bacteria or other disease-causing microorganisms.

# Features Of New Amendatory Endorsement

The amendatory endorsement presented in this filing states that there is **no coverage for loss or damage caused by or resulting from any virus, bacterium or other microorganism that induces or is capable of inducing physical distress, illness or disease**.  The exclusion (which is set forth in Paragraph B of the endorsement) applies to property damage, time element and all other coverages; introductory Paragraph A  prominently makes that point.  Paragraphs C and D serve to avoid overlap with other exclusions, and Paragraph E emphasizes that other policy exclusions may still apply.

# Copyright Explanation

The material distributed by Insurance Services Office, Inc. is copyrighted.  All rights reserved.  Possession of these pages does not confer the right to print, reprint, publish, copy, sell, file or use same in any manner without the written permission of the copyright owner.

© ISO Properties, Inc., 2006

# Important Note

Insurance Services Office, Inc. (ISO) makes available advisory services to property/casualty insurers. ISO has no adherence requirements. ISO policy forms and explanatory materials are intended solely for the information and use of ISO's participating insurers and their representatives, and insurance regulators. Neither ISO's general explanations of policy intent nor opinions expressed by ISO's staff necessarily reflect every insurer's view or control any insurer's determination of coverage for a specific claim. ISO does not intercede in coverage disputes arising from insurance policies. If there is any conflict between a form and any other part of the attached material, the provisions of the form apply.

© ISO Properties, Inc., 2006

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** The exclusion set forth in Paragraph **B.** applies to all coverage under all forms and endorsements that comprise this Coverage Part or Policy, including but not limited to forms or endorsements that cover property damage to buildings or personal property and forms or endorsements that cover business income, extra expense or action of civil authority.

**B.** We will not pay for loss or damage caused by or resulting from any virus, bacterium or other microorganism that induces or is capable of inducing physical distress, illness or disease.

However, this exclusion does not apply to loss or damage caused by or resulting from "fungus", wet rot or dry rot. Such loss or damage is addressed in a separate exclusion in this Coverage Part or Policy.

**C.** With respect to any loss or damage subject to the exclusion in Paragraph **B.**, such exclusion supersedes any exclusion relating to "pollutants".

**D.** The following provisions in this Coverage Part or Policy are hereby amended to remove reference to bacteria:

   **1.** Exclusion of "Fungus", Wet Rot, Dry Rot And Bacteria; and

   **2.** Additional Coverage - Limited Coverage for "Fungus", Wet Rot, Dry Rot And Bacteria, including any endorsement increasing the scope or amount of coverage.

**E.** The terms of the exclusion in Paragraph **B.**, or the inapplicability of this exclusion to a particular loss, do not serve to create coverage for any loss that would otherwise be excluded under this Coverage Part or Policy.

N

E

W

# Amendatory Endorsement - Exclusion Of Loss Due To Virus Or Bacteria

## About This Filing

This filing addresses exclusion of loss due to disease-causing agents such as viruses and bacteria.

## New Form

We are introducing:

♦ Endorsement **CP 01 75 07 06** - Exclusion Of Loss Due To Virus Or Bacteria

## Related Filing(s)

Rules Filing CF-2006-OVBER

## Introduction

The current pollution exclusion in property policies encompasses contamination (in fact, uses the term *contaminant* in addition to other terminology). Although the pollution exclusion addresses contamination broadly, viral and bacterial contamination are specific types that appear to warrant particular attention at this point in time.

An example of bacterial contamination of a product is the growth of listeria bacteria in milk. In this example, bacteria develop and multiply due in part to inherent qualities in the property itself. Some other examples of viral and bacterial contaminants are rotavirus, SARS, influenza (such as avian flu), legionella and anthrax. The universe of disease-causing organisms is always in evolution.

Disease-causing agents may render a product impure (change its quality or substance), or enable the spread of disease by their presence on interior building surfaces or the surfaces of personal property. When disease-causing viral or bacterial contamination occurs, potential claims involve the cost of replacement

© ISO Properties, Inc., 2006

of property (for example, the milk), cost of decontamination (for example, interior building surfaces), and business interruption (time element) losses.

# Current Concerns

Although building and personal property could arguably become contaminated (often temporarily) by such viruses and bacteria, the nature of the property itself would have a bearing on whether there is actual property damage.  An allegation of property damage may be a point of disagreement in a particular case.  In addition, pollution exclusions are at times narrowly applied by certain courts.  In recent years, ISO has filed exclusions to address specific exposures relating to contaminating or harmful substances.  Examples are the mold exclusion in property and liability policies and the liability exclusion addressing silica dust.  Such exclusions enable elaboration of the specific exposure and thereby can reduce the likelihood of claim disputes and litigation.

While property policies have not been a source of recovery for losses involving contamination by disease-causing agents, the specter of pandemic or hitherto unorthodox transmission of infectious material raises the concern that insurers employing such policies may face claims in which there are efforts to expand coverage and to create sources of recovery for such losses, contrary to policy intent.

In light of these concerns, we are presenting an exclusion relating to contamination by disease-causing viruses or bacteria or other disease-causing microorganisms.

# Features Of New Amendatory Endorsement

The amendatory endorsement presented in this filing states that there is **no coverage for loss or damage caused by or resulting from any virus, bacterium or other microorganism that induces or is capable of inducing physical distress, illness or disease**.  The exclusion (which is set forth in Paragraph B of the endorsement) applies to property damage, time element and all other coverages; introductory Paragraph A  prominently makes that point.  Paragraph C serves to avoid overlap with another exclusion, and Paragraph D emphasizes that other policy exclusions may still apply.

# Copyright Explanation

The material distributed by Insurance Services Office, Inc. is copyrighted.  All rights reserved.  Possession of these pages does not confer the right to print, reprint, publish, copy, sell, file or use same in any manner without the written permission of the copyright owner.

© ISO Properties, Inc., 2006

# Important Note

Insurance Services Office, Inc. (ISO) makes available advisory services to property/casualty insurers. ISO has no adherence requirements. ISO policy forms and explanatory materials are intended solely for the information and use of ISO's participating insurers and their representatives, and insurance regulators. Neither ISO's general explanations of policy intent nor opinions expressed by ISO's staff necessarily reflect every insurer's view or control any insurer's determination of coverage for a specific claim. ISO does not intercede in coverage disputes arising from insurance policies. If there is any conflict between a form and any other part of the attached material, the provisions of the form apply.

© ISO Properties, Inc., 2006

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** The exclusion set forth in Paragraph **B.** applies to all coverage under all forms and endorsements that comprise this Coverage Part or Policy, including but not limited to forms or endorsements that cover property damage to buildings or personal property and forms or endorsements that cover business income, extra expense or action of civil authority.

**B.** We will not pay for loss or damage caused by or resulting from any virus, bacterium or other micro-organism that induces or is capable of inducing physical distress, illness or disease.

However, this exclusion does not apply to loss or damage caused by or resulting from fungus. Such loss or damage is addressed in a separate exclusion in this Coverage Part or Policy.

**C.** With respect to any loss or damage subject to the exclusion in Paragraph **B.**, such exclusion supersedes any exclusion relating to "pollutants".

**D.** The terms of the exclusion in Paragraph **B.**, or the inapplicability of this exclusion to a particular loss, do not serve to create coverage for any loss that would otherwise be excluded under this Coverage Part or Policy.

N

E

W